UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2017 MAY -9 PM 5:01
S.D. OF N.Y.

Wilhelmina "Mina" Montgomery

_____
Write the full name of each plaintiff.

17 CV 3489

(Include case number if one has been assigned)

-against-

Agnieszka Holland
NBC-TV
Lionsgate Entertainment
(Please see additional defendants attached)

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Scott ABBOTT

James WONG

David A. STERN

Robert BERNACCHI

Alexandra WITLIN

Time-Warner, Inc.

Joshua D. MAURER

Cicely SALDANA

Mariel SALDANA

Zoe SALDANA

Tom PATRICIA

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☒ Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My Intellectual Property rights and my Copyrighted Writings were infringed/

B.  If you checked Diversity of Citizenship

   1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Wilhelmina "Mina" Montgomery, is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __NBC_____, is a ~~citizen~~ *Corporation* of the State of
(Defendant's name)

__New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __NBC_____, is incorporated under the laws of

the State of __New York_____

and has its principal place of business in the State of __New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Wilhelmina__ "Mira" __Montgomery_____
First Name        Middle Initial        Last Name

C/O Deborah McIntyre
225 Sterling Place Apt. 6R
Street Address

__Brooklyn_____  __NY__  __11238__
County, City          State   Zip Code

__(646) 851-3496__    __wmtext@gmail.com__
Telephone Number      Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: NBC - TV
First Name / Last Name

(to be supplied at a later date)
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

New York / NY
County, City / State / Zip Code

Defendant 2: Agnieszka Holland
First Name / Last Name

Film Director
Current Job Title (or other identifying information)

New York University Film Department, NY, NY
Current Work Address (or other address where defendant may be served)

New York
County, City / State / Zip Code

Defendant 3: David A. Stern
First Name / Last Name

Executive Producer
Current Job Title (or other identifying information)

(to be supplied at a later date)
Current Work Address (or other address where defendant may be served)

New York / NY
County, City / State / Zip Code

Page 4

Defendant 4: __Lionsgate Entertainment__
           First Name              Last Name
__Film Distributers__
Current Job Title (or other identifying information)
__(to be supplied at a later date__
Current Work Address (or other address where defendant may be served)
__Los Angeles                    CA__
County, City                State         Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __United States of America; broadcast of film through the 50 states__

Date(s) of occurrence: __May 11th, 2014__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see attached complaint hereafter in short form.

Plaintiff wishes to amend this complaint with the 165 pages of findings at a later date.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I ask the Court to order relief in the amount of $10,000,000.00

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 9th 2017
Date

[Plaintiff's Signature]

Wilhelmina "Mina" Montgomery, c/o Deborah McIntyre
First Name    Middle Initial    Last Name

225 Sterling Place, Apt 6R
Street Address

Brooklyn                         NY            11238
County, City                     State         Zip Code

(646) 851-3496                   wmtext@gmail.com
Telephone Number                 Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Notice: The nature of this action is [*briefly* describe the nature of your case against the defendant(s), such as, breach of contract, negligence]:

The nature of this complaint, in my thoroughly researched opinion, is infringement of intellectual property and copyright infringement of two of my short stories that were adapted to a mini series made for television, shown on NBC, sold on DVD and streamed all over the world on the Internet.

The relief sought is [*briefly* describe the kind of relief you are asking for, such as, money damages of $25,000] The relief sought is $10,000,000.⁰⁰

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of _____ [amount of money demanded], with interest form the date of _____ [date from which interest on the amount demanded is claimed] and the costs of this action.

Venue:

Plaintiff(s) designate New York County as the place of trial. The basis of this designation is

[check box that applies]:

☐ Plaintiff(s) residence in New York County

☒ Defendant(s) residence in New York County

☒ Other [See CPLR Article 5]: Plaintiff's residence in Brooklyn

NBC Headquarters are in New York County.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Wilhelmina MONTGOMERY
                             Plaintiff,

Index No. _____/20__

-Against-

Agnieszka HOLLAND, Scott ABBOTT, James WONG, David A. STERN, Robert BERNACCHI, Alexandra WITLIN, NBC-TV, Time Warner, Joshua D. MAURER, Cicely SALDANA, Mariel SALDANA, Zoe SALDANA, LIONSGATE Entertainment, Tom PATRICIA
                             -Defendant,

COMPLAINT

---

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff Wilhelmina MONTGOMERY, respectfully shows and alleges as follows:

After querying one of the defendants, Agnieszka HOLLAND, a film director whom I have known for nearly 30 years, by e-mail, and asked her if I could send her some of my writing, Ms HOLLAND answered by e-mail to say that she would be pleased to read some of my work. I then sent her two (2) of my short stories, one of which is a true story that happened to me in Paris, France; the second short story is a fictionalized version of the true story.

Ms. HOLLAND wrote to me again by e-mail and stated that my writings was "beautiful", that my characters were "vivid and sensual", and that my short stories were "in the tradition of the best american short stories."

Two years later Ms. HOLLAND, her producers, supposed writers and film crew shot a film in Paris, France (where I had lived, written and developped the setting, the characters, the scenes, the storyline and the dealogue for my two short stories). They entitled the film "Rosemary's Baby the Mini Series". After watching it more than fifteen times and taking notes minute-by-minute and scene-by-scene, I am of the carefully researched opinion that the defendants infringed every single paragraph of my two (2) short stories and adapted them for their film.

The titles of my two short stories sent to the Director, Ms. HOLLAND, and read and critiqued by her by e-mail, are "The Coroaning Road The True Story," and "The Coroaning Road The Fictionalized Story".

Dozens of press reviews of the resulting film ask some of the same questions as I the Plaintiff, ask. For example, many reviewers wondered, (1) Why does "Rosemary's Baby" the remake take place in Paris, France?" (2) Why is one of the leading characters now a University English teacher (as I the plaintiff am) and writer (as I am) instead of a Broadway actor in New York, as was the case in the original film? (3) Why are the characters portraying the Woodhouses

now, an interracial couple of a white man and a Black woman, as are my leading or main characters? (4) Why did Ms. Holland add the bloody, gory twist at the end of "Rosemary's Baby" the mini series? How could the supposed writers not have adapted it from my two short stories? (5) How could the two major time lines in the film be the same as the major time lines in my two (2) short stories, 1986 to 2006?

§ My documented research of 105 pages show verbatim dialogue in the film taken from my short story. It also shows exact scenes, setting and character development as those in my 2 stories, "The Groaning Road The True Story" and "The Groaning Road The Fictionalized Story".

Not one of these infringements is a coincidence, and they are flagrant ones, committed over and over.

It is my sincere belief that the reason such copyright theft takes place so often is that some people have adopted the attitude that they are above the law because they can hire lawyers that others cannot hire. But I still want to believe that Justice exists.

In conclusion, I seek justice as someone who has been wronged; wronged when the film was shown on NBC-TV on May 11th, 2014; and wronged when Ms. HOLLAND presumably gave it to her supposed writers and producers without one cent of remuneration paid me by all these wealthy people. And I am an unemployed writer.

Dated: May 9th, 2017

_____
Plaintiff

## VERIFICATION

_____, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have a read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on the information and belief and as to those matters I believe them to be true.

_____
Signature

_____
Print Name

Sworn to before me this
___ day of _____ 20___

_____
Notary Public