documenting disappearances for decades, and whose help the PLAINTIFF's character "Jerri" seeks to help her solve a disappearance); (18) dialogue inspired by descriptions in the PLAINTIFF's SHORT STORY "The Groaning Road The FICTIONALIZED STORY, (19) *verbatim dialogue, which is spoken by similar characters in similar scenes and setting to the dialogue, scenes and setting* of the PLAINTIFF; (20) the *exact* same action and gestures by characters in the FILM when seen *in similar scenes and setting* to the action and gestures of characters described by PLAINTIFF in "The Groaning Road The FICTIONALIZED STORY".

One wonders who could claim to believe, in all honesty and without bias, that so many RESEMBLANCES *in one film, ROSEMARY'S BABY The Mini-Series,* to TWO SHORT STORIES that were praised by HOLLAND, the director of RO-SEMARY'S BABY the Mini-Series, would be coincidences? Again, the FILM's director Agnieszka HOLLAND enthusiastically *congratulated the PLAINTIFF in writing for these TWO SHORT STORIES two years before the film was produced and shown on NBC Television.*

The scriptwriters of ROSEMARY's BABY the Mini-Series also *obviously* read, dissected, mined and infringed *BOTH* of the PLAINTIFF's SHORT STORIES for the said film.

Moreover, not only did the DEFENDANTS infringe and adapt BOTH OF the PLAINTIFF's SHORT STORIES to ROSEMARY'S BABY the Mini-Series, along with BOTH OF THE PLAINTIFF's professions (writer and professor of English at University in Paris), but they also adapted the PLAINTIff's *name,* which is "Mina", to the FILM's character "Nina" (who either "jumps" or is pushed from the window of her apartment in Paris.

_____

"There's some amount of fiction here. **We decided to mix fiction with the real story**. But it was fictionalized. **Half of the characters are real and half are compilations of characters."**

— Agnieszka **HOLLAND,** director of ROSEMARY'S BABY the Mini-Series, in an **interview with Radio Praha in January, 2013** concerning another of her films, **and nearly one year *after* she e-mailed the PLAINTIFF** to congratulate her for "The Groaning Road The TRUE STORY" and "The Groaning Road The FICTIONALIZED STORY" (All emphasis is that     of the PLAINTIFF).

## RESEMBLANCES IN ROSEMARY'S BABY THE MINI-SERIES

## TO

## "THE GROANING ROAD The FICTIONALIZED STORY"

The above  title, "The Groaning Road The FICTIONALIZED STORY", is one of two short stories e-mailed to Ms. HOLLAND on the same day, **February 20, 2012**. The other is entitled "The Groaning Road A **TRUE   STORY,** of which the resemblances are **numerated in a separate list :**

—————————————————————————————————

### Resemblances 1 Through 73

Resemblances in the scene in **ROSEMARY'S BABY the Mini-Series in** the Catacombs of Paris that were inspired by the  PLAINTIFF's Title "The Groaning Road" :

**Page 14 Paragraph 2, line 1** of "The Groaning Road The FICTIONALIZED STORY that was e-mailed to HOLLAND :

> **Professor Stern sits at his desk deep in thought**...
> He rarely skipped a day of coming to his office at the university if only
> for a few hours, even on the weekend — or especially then, when the
> corridors remained silent enough for him to **discern the persistent**
> **clues that rose above the muffled groaning** that had filled his head
> **on this path that he had traced and retraced** for more than half a
> century.... **His research, his life's work rather, consisted of**
> **piecing together those clues and signals that no one or noting**
> **could provide more clearly than the dead, the** <u>murdered</u> **being the**
> **most  insistent :**

(1)  **Night 2, minute 0:5:40 of ROSEMARY'S BABY the Mini-Series :**

> **Tour Guide (**translating the inscription on the wall of the Catacombs)  :
>            "Stop! **This is Death's Empire !**... **Over six million**
>            Parisians **are buried here underground.** They are
>            all anonymous. No one is remembered here in the
>            Catacombs".
>
> **Tourist :**    So the whole city is built over their bones.
>
> **Tour Guide :** Oui. ... **We are six stories below** where you
>            might be sitting in a café enjoying a
>            cappuccino.  **Some of the best addresses in Paris**
>            **are said to be built over** <u>the</u> **souls of the**
>            **damned.** (Minute <u>0:6:30)</u>

---------------------------------------------

(2)  **Night 1, minute 0:57:00 of ROSEMARY's BABY the Mini-Series :**

The "Priest"shows Rosemary **an article** entitled **STEVEN MARCATO:** it is **subtitled** TRUTHS AND MYTHS, which is **a "compilation" adapted from the** PLAINTIFFF's subtitles "THE TRUE STORY" and "The FICTIONALIZED STORY" .

Any claim that the subtitle"Truths and Myths" of an "newspaper article" found in the ROSEMARY'S BABY the Mini-Series is a coincidence, would not be credible; for there are nearly one hundred _**other**_ very close resemblances in the said FILM to **"The Groaning Road** The TRUE STORY" **and "The Groaning Road** The FICTIONALIZED STORY" :

————————————————————————

In the film "ROSEMARY'S BABY" the Mini-Series, the **African-American "Rosemary Woodhouse" character is thus a "mix", "a compilation" (to use** HOLLAND's words to describe her filmmaking practices) ofPLAINTIFF's two characters **African-American "Jerri Miles"**and young **African-American "Tracey Pryor"**.

————————————————————————

In the said FILM, the character **"Guy Woodhouse"** is no longer a struggling stage actor in New York, but he **is now a university professor of English in Paris (like the PLAINTIFF's character "Jerri Miles",** _and like the PLAINTIFF herself_**).** We also learn that **"Guy" is also a writer,** _like the PLAINTIFF_ :

**Night 1, minute 0:11:49  of ROSEMARY'S BABY" the Mini-series**

**Rosemary Woodhouse : My husband — he teaches at the Sorbonne.**

...

**Night 1, minute 0:14:00 of ROSEMARY'S BABY the Mini-Series :**

**Roman Castevet :**       **And *this* is the many set to shake up our English Department, Guy Woodhouse.**

**Night 1, minute 5:24 of ROSEMARY'S BABY the Mini-Series:**

**Julie : So how's Guy's novel going?**

**Rosemary:**       Every time I check he's one revision from **the end**. There's a publisher interested so he's trying to finish it. ... But I encourage him because I believe in his writing.

(The PLAINTIFF never e-mailed HOLLAND the ending to "The FICTIONALIZED STORY", but several instances of dialogue in the FILM indicate that the PLAINTIFF's computer was hacked, and probably has been since 2012 ; for **descriptions in the PLAINTIFF's** <u>SYNOPSIS</u> of the FICTIONALIZED STORY and **in edited versions of "The TRUE STORY" and The FICTIONALIZED STORY,** that were not mailed to HOLLAND, *<u>are found in the FILM.</u>*

**Night 1, minute 0:36:15**

**Guy Woodhouse:** I speak <u>like a writer</u> and I think <u>like a writer</u> but **<u>I just can't actually write (pause) *my own words* </u>** ***(Would he be speaking for ABBOTT, WONG or HOLLAND???)***

**...**

**Night 1, minute 0:26:15 of ROSEMARY'S BABY the Mini-Series :**

**The Castevet couple offers Guy and Rosemary Woodhouse a a beautiful apartment to rent for not a lot of money :**

**Margaux ;**       We have an empty apartment at the Chimère.

**Rosemary :**   No. I don't think you understand **how much an English professor earns.** We couldn't even afford your building for a weekend.

The character **"Guy Woodhouse"** in ROSEMARY's BABY the Mini-Series was also inspired by the PLAINTIFF's character **"Damien Clobber",** who is the romantic interest of the PLAINTIFF's frican-American character "Tracey Pryor"

———————————————————————————

**At the beginning** of "The Groaning Road the FICTIONALIZED STORY", **in 2008**, African American Tracey Pryor **has just arrived in Paris** from the United States to investigate the unexplained disappearance of her father 20 years  earlier **(1988)**, and she *is lost on a street and looking for an address :*

**Page 1, para 3** of the  FICTIONALIZED STORY E-mailed to HOLLAND:

**The scene : African-American "Trace Pryor",** having just recently arrived in Paris, is lost.

**Presently she (Tracey) found herself walking down a boulevard** that led her through **one chic neighborhood to the next on Paris' Left Bank.** She had already haunted them aimlessly **after her arrival two days before,** not finding the nerve to locate the street, the name of which she has found herself saying aloud sometimes over the years. **She looks up at street numbers from time to time then glances around her**...She finally stops in front of a café, pulls a cracked postcard out of the pocket of her trench coat, studies the scene on it for a few seconds **and glances around again.** She goes into the cafe and, ...walks up to the counter."

*"Bonjour,"* she begins uncertainly.

"Bonjour, Mademoiselle."

...

*"Parlez-vous anglais, Monsieur?* **She had learned shortly after landing that even the weakest attempt to speak French obtained better results than walking up to people and blurting out, "Do you speak English?".**

*"Yes...we can speak Eeen-glish if you want",* ...the smiling barman replies **seemingly charmed by her presence.**

"Thanks..."

*"You from America?" he asks.*

...

*... Then, turning the outdated postcard over to the side ... she asked, __thrusting__ it toward him, "Do you know this street?"*

He squinted trying to make out the name of the street, "Rue,..."

"Tournon," she said quickly

<u>Night 1, minute 5:24</u> **of "ROSEMARY'S BABY" the Mini-Series,**

**(3)    The Scene at the beginning of the FiLM, 4) resemblances of characters, 5) their dialogue 6) in the same setting, and 7) circumstance resemble the beginning of the PLAINTIFF's The FICTIONALIZED STORY : African-American "Rosemary", like the PLAINTIFF's character, African-American "Tracey", has *also* just recently arrived in Paris, and is *also* lost :**

<u>**Rosemary**</u> **is seen** walking along a boulevard **in a chic neighborhood in Paris.  Rosemary is _also obviously_ <u>lost and looking for a street address.</u>**

**Rosemary** approaches a French man on the street and says,

**"Excuse me,  Monsieur, I'm looking for Rue de la Boucher..."**

The **man** doesn't reply and continues walking. Turning round and round, **still looking lost, Rosemary** sees two other young men nearby and walks over to them.

    **Rosemary:** *"Pardon, je suis américaine; je suis perdue—*of course" **("Pardon, I'm American; I'm lost — of course").**

**(It is _established_ in the PLAINTIFF's opening scene of the FICTIONALIZED STORY that *Tracey Pryor is"pretty", is lost and is looking for an address, and that she is American and does not speak French).**

At times in the FILM Rosemary uses a cellphone application to **translate** what she wants to say.)

**The** Resemblances of _Action and Dialogue_ **acted and spoken in the same scene, setting, and circumstance in the FILM as in "The Groaning Road the FICTIONALIZED STORY :**

    **(8 and 9)**    **Lost Rosemary** _thrusts her phone_ **near the two men's faces and asks ) :** _"Can you please help me find this street?"_

(We remind that at _the beginning_ "The FICTIONALIZED STORY the PLAINTIFF wrote that, young, lost, pretty African-American **"Tracey Pryor" _"thrusts"_** her postcard in **the face of the man** and asks, _"Do you know this street?"_ )

The scene in the FILM in question continues as one of the young men looks at the name of the street on the screen of the telephone and says, "Rue de la Bucherie, yes..."

    When Rosemary walks away, one of the young men says to his friend,
    *"Elle est mignonne quand même.* **("She's real cute though.)**

<u>**Night 1, minute 8:40**</u> of "ROSEMARY'S BABY" the Mini-Series :

**Rosemary is seen** walking on another Paris Boulevard <u>*appearing lost again,*</u> **and looking up at the addresses on buildings** *again*. She goes into a build ing with*"La Chimère"* carved on its façade.

>   **Doorman :** Madame, je peux vous aider? (Madame, may I help you?)

>   **Rosemary :** <u>*Parlez-vous anglais?*</u>**"** (This was the first question that the PLAINTIFFf's character "Tracey" aske<u>d</u> when, lost, she left the street and went inside a building to ask a barman for directions.)

>   **Doorman:** *Oui; enfin* (Yes; well, I would say.)

>   **Rosemary:** Great!

<u>**Page 2, para 5**</u> of "The Groaning Road "The FICTIONALIZED STORY :

>   **"Parlez-vous anglais,** Monsieur? She had learned shortly after landing that even the weakest attempt to speak French obtained better results than walking up to people and blurting out, "Do you speak English?".

>   >   *"Yes...we can speak Eeen-glish if you want",* ...the smiling barman replies **seemingly charmed** by her presence.

>   >   "Thanks..."
>   >   <u>*"You from America?"* he asks.</u>

<u>**Night 1, minute 0:9:30**</u> of ROSEMARY'S BABY the Mini-Series :

Rosemary returns Margaux's wallet that a thief has stolen and dropped :

**Margaux Castevet** (meeting Rosemary for the first time, **smiling and fawning over her**) **:** You're an absolute *angel!*

10)                                                          *American?*

In the Mini-Series FILM, **African-American Rosemary Woodhouse** is **a "compilation" of** the PLAINTIFF's two African-American characters **"Jerri Miles"** and young, lost, wandering-through-Paris **Tracey Prior**.

In the PLAINTIFF's "The Groaning Road The FICTIONALIZED STORY" both of the PLAiNTIFF's African-American characters **"Jerri" and "Tracey" are investigating**, each on her own, a **strange disappearance from an apartment in Paris** that took place in **1988.**

(11)   **In ROSEMARY'S BABY the Mini-Series, African-American Rosemary is *also* investigating a strange disappearance from an apartment in Paris :**

**Page 1, para. 2, line 1** of "The Groaning Road The FICTIONALIZED STORY" :

> An acquaintance back in Oklahoma City who had lived in Paris years before had mentioned that coffee hour in **this very church annex would be a good place to start her search (Tracey's search).**

Night 1, minute 54:10  of ROSEMARY'S BABY the Mini-Series :

(12)   **In the FILM Rosemary's best friend "Julie" tells *her* to go a church in Paris where she might find some clues in her investigation of a disappearance from an apartment.**

————————————————————————————————————————

(13)   **Like the PLAINTIFF's two African-American female characters, African-American "Rosemary" is obsessed with Investigations :**

African-American "Jerri" **suspecting crimes have been committed, is obsessed with searching for clues to the mysterious  disappearance of a friend from an apartment in Paris.**

African-American "Tracey" **is obsessed with searching for clues to the mysterious disappearance of her father from an address in Paris.**

(14)   African-American "Rosemary", **the screenwriters' "compilation" of the PLAINTIFF's characters "Tracey" and "Jerri" (as HOLLAND labels such character development for film), is totally obsessed with searching for clues to the mysterious death of "Nina" from an apartment, as well as with the mysterious disappearances of other women in Paris . We remind that the PLAINTIFF's name is** Mina. :

**Page 5, para. 4, line 1** of "The Groaning Road The FICTIONALIZED STORY :

> They giggle and pause for a moment in front of a newsstand, scanning the headlines and magazine covers. Jerri picks up a newspaper, buys it and Andréa glances sideways at her and asks, **"Still looking for new leads to pick up their trail again?"**

**Night 1, minute 0:53:15** of ROSEMARY'S BABY the Mini-Series :

> Rosemary ( showing "Julie" a photo) :   This is Jacques and Nina. **She died three months ago.** She either jumped or she was pushed off the balcony ...

**Night 1, minute 47:00** of ROSEMARY'S BABY the Mini-Series :

**The Paris Police Commissioner says to** Rosemary **in his office :**

**I'm sorry. The woman in the picture is dead. Her**

name was Nina Pascal. Egyptian born. **No family
in France.** <u>Preliminary report</u> indicates **she
jumped from her bedroom to her death.**

We remind that many Egyptian-born women are named **"Mina"**, like the PLAINTIFF; and that the PLAINTIFF, African-American, has no family in France, like **"Nina"** in RO-SEMARY'S BABY The Mini-Series

In addition to her computer having been hacked, and some of her e-mail and other files having been used then mysteriously *deleted*, **there have also been several thinly disguised death threats made to the PLAINTIFF's** in the form of fake ads on the PLAINTIFF's social media.

<u>**Night 1, minute 0:57:06 to 0:58:37**</u> of ROSEMARY'S BABY the Mini-Series :

**(WHAT IS WRITTEN ON THE TYPED PAGE THAT ROSEMARY IS HOLDING IN THIS FRAME???) (**<u>**See DVD;**</u> **because on streaming versions of** ROSEMARY'S BABY the Mini-Series **editing has since been done).**

(15)   "Rosemary":        It says here that he's founder of **the _DELPHI_
                          _Group,_ and he _gives millions to charity._
                          (See minute 57:06: typed page with the
                          subtitle <u>"Rewards"</u> written in the middle of
                          the page.**

(16)   **The Priest, Father Tekin:**     The Devil has <u>many faces</u> — Steven Marcato
                                         one day, someone else next. (described as
                                         religious **"imposters"** in the PLAINTIFF's
                                         FICTIONALIZED STORY).

               ...

        **Rosemary :**        I've wasted too much of your time. Thank you so
                              much for...

        **Father Tekin:**     You don't believe me. _Nina_ didn't believe me

either, and look what happened to her!"

In the PLAINTIFF's "FICTIONALIZED STORY, **"Jerri"** is also obsessed with her in-vestigation into the identity of a Nazi couple **that she had met in an Apartment in Paris :**

> In the FILM, Rosemary is also obsessed with her investigation into the identity of "a strange couple" **on a photo she has found in her apartment at "La Chimère" :**

> **Page 7, para. 7** of "The Groaning Road the FICTIONALIZED STORY" :

> > "Andréa" **says to "Jerri" :**

> > > "… ; you promised to stop torturing yourself with your Nazi manhunt — remember?"

> > > "It's not a manhunt; it's a couple-hunt," Jerri sighs and smiles; "and I'm not torturing myself; I'm assisting Professor Stern with his research."

> > > "You're assisting Professor Stern with his work?" Andréa asks…

> > > "Well it would sound a bit **pretentiou**s **to say that he was assisting me with mine,"** Jerri concedes, "but we *are* looking for the same people.

> > > "Um huh", Andréa says, …" adding abruptly, "But wouldn't they be dead by now?

**Page 7, last paragraph** of the FICTIONALIZED STORY:

Jerri is obsessing about how she and Professor Stern "are looking for the same people."

<u>Night 1, minute 0:39:37</u> of ROSEMARY'S BABY the Mini-Series :

       R:osemary :       (picks up a photo of a couple) :   Standing right here in
                              this **exact spot** when they took this picture.

(17)       **Guy Woodhouse :**       **Rosemary, you're obsessed!**

<u>Night 1, minute 0: 63:25</u> **of ROSEMARY'S BABY the Mini-Series :**

(18)       **Paris Police Commissioner :** **... Rosemary, you need to let**
                                  **this go** and let the police do their jobs.

<u>Page 7, para. 7</u> of "The Groaning Road the FICTIONALIZED STORY" :

       **"Andréa" says to "Jerri" :**

             **"... ; you promised to stop torturing yourself**
       **with your Nazi manhunt — remember?"**

<u>Page 16, para. 2, line 1</u> of "The The FICTIONALIZED STORY" :

          **...,** watching her face **("Jerri's)** as **she struggled with**
          **the details and her feelings of guilt evident in her**
          **parenthetical explanations and reasons for her**
          **own actions — or inaction —** he accepted his new
          colleague's request to help her find one Nazi couple —
          who might be dead as far as he knew — **whom she had**
          **met one night visiting a friend** who'd rented a room in
          their apartment. <u>**All three had disappeared that same**</u>
          <u>**night it seemed,**</u> with her not being able to find a
          trace of them the next day. **And that had  been twenty**

years ago.

Night  1, minute 45:30 of ROSEMARY'S BABY the Mini-Series :

(19)    **Continuing her investigation, Rosemary is seated across from** the Paris
        Police Commissioner at his desk *in his office and* shows him a photo.

> Paris Police Commissioner:   I don't understand. Do you know them?
>                             Are they  missing?
>
> Rosemary :                   No, I don't know anything about them.

(20)    Paris Police Commissioner:   But you have suspicions they were
                                    met with foul play?

(21)    Rosemary:                   Yes ... look (showing him **the photo**),
                                    that's in our apartment ...

        ...

(22)    Paris Police Commissioner:   Have you talked to Mrs. Castevet? She
                                    might know *the whereabouts* of *this*
                                    *strange, mysterious couple.*

Page 15, para. 2, lines 1 and 5 of "The Groaning Road The FICTIONALIZED STORY":

> At first the Professor had been dismissive of her
> impromptu visits to his office and her vague questions
> about his research dedicated to the capture of those living
> in hiding who were probably responsible for many of (the)
> crimes committed during the (H)olocost. ... **he couldn't**
> **fathom in what way she could help him.**

Night 2, minute 23:10 of "ROSEMARY'S BABY" the Mini-Series :

(23)    **Rosemary is *again* seated in the Paris Police Commissioner's**

office, _**at**_   _**his desk**_ and discussing with him her suspicions about some strange disappearances and deaths that have occurred in Paris :

(24)         **Paris Police Commissioner :**    **"**<u>**Sorry, Rosemary**</u>**; I have investigated thoroughly.** Steven Marcato **has not been seen by anyone for _almost_ t**_**hirty years"**_**.** (1988 would be almost thirty years before 2014).

                                               ...

(25)         **Paris Police Commissioner :**    <u>The man you</u> <u>thought you saw</u> <u>is dead</u>.

         **Rosemary:**    But Father Teken said he reported seeing him **just** <u>**six years ago**</u>**.** (2014  minus  six years : **2008**)

         **Paris Police Commissioner :**    <u>No.</u>

         **Rosemary :**    **Sorry I wasted your time. Commissioner, why would you have a picture of Margaux Castevet on your board?**

      **Paris Police Commissioner (with irony) :** This picture? _Maybe you did see a dead man._

**Page 14, para. 3, line 7** of "The FICTIONALIZED STORY :

      Nevertheless, he **(Professor Stern)** owed his newfound energy to Jerri, his American colleague, for sharing _**her astounding story**_ _that corroborated so many others that he had documented._

**Page 6, para. 2, line 1** of "The FICTIONALIZED STORY" :

> So after listening enrapt to to her story, **shocked and not
> surprised in the least**…**he (Professor Stern) accepted his new
> colleague's request** (Jerri's") **to help her find one Nazi couple —**
> ***who might be dead as far as he knew*** — whom she had met one night
> visiting a friend who'd rented a room **in their apartment. All thre**e had
> **disappeared that same nigh**t **it seemed**, with her not being able to find
> a traceof them the next day. And that had been **twenty
> years ago** (twenty years prior to **2008** — **or 1988**) :

**Night 2, minute 43:00** of ROSEMARY'S BABY the Mini-Series:

**Just like Professor Stern does with** "Jerri" **after some thought, the Paris Poli-
ce Commissioner** now accepts **to help** Rosemary **with** her investigation:

**The Paris Police Commissioner** to Rosemary :

(26)
> "**Look, after our talk about Steven Marcato, I had
> my detectives check on** ***similar unsolved cases for the
> past thirty years*. Seven more women, all with missing
> hearts.** *The most recent was discovered in **2008**".*
> (Hearing this date, Rosemary turns to look at the Commissioner
> and shows even more shock and surprised fright than
> she had shown when informed of the "missing hearts"). ***"None of
> them were reported missing by family or friends, no one
> claimed the bodies. Three* were found to have lived at
> 'La Chimère' ".**

**Page 16, para. 2,  line 3** of "The FICTIONALIZED STORY :

> he ("Professor Stern") accepted his new colleague's request
> to help her find one Nazi couple — *who might be dead as far
> as he knew* — whom she had met one night visiting a

**friend who'd rented a room <u>in their apartment</u>.**

<u>**Night 1, minute 0:24:27**</u> of ROSEMARY'S BABY the Mini-Series :

**The Castevet couple offer Rosemary and Guy an apartment for rent :**

(27)          **Margaux Castevet :**          **We have an empty apartment at the Chimère. ... <u>We own it; we can charge what we want</u>.**

Thus, in the Mini-Series FILM, **Rosemary Woodhouse's anxiety is not due to any suspicions about the devilish couple, Roman and Margaux Castevet, as is the case in the original film** *Rosemary's Baby,* **and in Ira Levin's novel of the same title**, but it is due rather to her obsessive investigation **into the death of** "Nina" and into the identity of **what her confidant, the "Paris Commissioner refers to as** a "strange couple". **:**

**We shall see further in this LIST OF RESEMBLANCES proof that the character "the Paris Police Commissioner" in ROSEMARY'S BABY the Mini-Series was inspired by the PLAINTIFF's character "Professor Stern" in The Groaning Road The FICTIONALIZED STORY.**

——————————————————————————————————————

(28)     "<u>None of them were  reported missing by family or friends; no one claimed the bodies.</u>"

     **In the PLAINTIFF's "The Groaning Road The FICTIONALIZED STORY", "Tracey Pryor" was a child when her father's postcards from Paris had mysteriou<u>sl</u>y stopped coming. Thus,** she had not reported her father as missing. She's even hoping to find him at the Paris address on one of the postcards.

     **Neither had "Jerri"or "Andréa" reported their friend as missing. Guilt-ridden, they now try to find clues to his disappearance :**

**Page 3, para. 4, line 1** of "The FICTIONALIZED STORY :

>**Then turning the out-dated postcard over to the side**
>that showed handwriting that looked like calligraphy, **she
>("Tracey)" asks,** *thrusting it toward him,* "Do you
>know this street?" ... my father lives there ... I think ...
>or he used  to... a long time ago.

**Page 16, para. 2, line 1** of "The The FICTIONALIZED STORY" :

>**...,** watching her face **("Jerri's)** as she **struggled with
>the details and her feelings of guilt evident in her
>parenthetical explanations and reasons for her
>own actions — or inaction —**he **(Professor Stern)**
>accepted his new colleague's request to help her find **one
>Nazi couple ...  :**

**Night 2, minute 43:00** of "Rosemary's Baby" the Mini-Series:

>**Paris Police Commissioner** (to Rosemary) :

(29)        "None of them were reported missing by family
>or friends, no one claimed the bodies. ***Three***
>were found to have lived at ***"La Chimère".***
>...
>——————————————-————————————————————-

**The Dates :**

**BOTH** of the ***pertinent dates — 1988 and 2008 —*** from the PLAINTIFF's "The
Groaning Road The FICTIONALIZED STORY **were used** in ROSEMARY'S BABY the
Mini-Series, which was **first shown on NBC Television on May 11, 2014 :**

**Night 1, minute ____** of ROSEMARY's BABY the Mini-Series

**Guy Woodhouse** (making a toast) : "2014 was a good year."

<u>Night 2, minute 23:10</u> of "ROSEMARY'S BABY"  the Mini-Series :

(30)        **Paris Police Commissioner**  : "Sorry, **Rosemary**; I have
            investigated thoroughly. **Steven Marcato has
            not been seen by anyone for** <u>*almost*</u> **thirty
            years**". **(Note:** 1988 to 2014 is "almost thirty years).
                    …
            <u>The man you</u> <u>thought you saw is dead</u>.

(31)        **Rosemary** : But Father Teken said he reported seeing
            him just <u>six years ago</u>. **(Six years before
            2014 — or in 2008).**

**Page 15, paragraph 3** of the PLAINTIFF's FICTIONALIZED STORY  :

        <u>**Professor Stern advises Jerri :**</u>

                **"This may be** <u>2008</u> **but it is not** America",
        **he reminded her (Jerri),** as if he needed to, **in a blunt
        conversation about how she might be more
        discreet in sharing her opinions.**

**Page 5, paragraph 1, line 4** of  "The FICTIONALIZED STORY"

        … But **for more than two decades** the unspoken
        pact between these two women so different
        and so much alike seemed to be: To each her own…
        (p. 5, paragraph 1, line 4) (the two decades in question are
        from 1988 to 2008)

**Night 2, 1 hr., minute 1:00 (1: 01:00)** of ROSEMARY'S BABY the Mini-Series **:**

> **Paris Police Commissioner** (showing Roman Castevet
> police photos of three murdered women—two black, one white :

(32)　　　　　　　"Look again, **these last ones were found in 2008"**.


**Page 16, para. 2, line 1** of "The Groaning Road The FICTIONALIZED STORY" :

> So after listening enrapt to to her story, shocked and not
> surprised in the east...he accepted his new colleague's request to
> help her find one Nazi couple — *who might be dead as far as*
> *he knew* — whom she had met one night visiting a friend who'd
> rented a room in their apartment. **All three had disappeared**
> **that same night it seemed**, with her *not being able to find a*
> *trace  of them* the next day. **And that had been twenty years**
> **ago ( Note:** twenty years prior to **2008** — or 1988) :

**Night 2, minute 43:00** of  ROSEMARY'S BABY the Mini-Series:

(33)　　　　**Paris Police Commissioner** to Rosemary **:**

> "Look, **after our talk** about Steven Marcato, I had my
> detectives check on ***similar unsolved cases* for the past**
> **thirty years.** Seven more women, all with missing hearts.
> ***The most recent was discovered in 2008".* (Hearing**
> **this date, Rosemary** turns to look at the Commissioner
> and shows even more shock and surprised fright than she had
> shown when informed of the "missing hearts"). **"None of them**
> **were reported missing by family or friends, no one**
> **claimed the bodies. Three** were found to have lived at
> *"La Chimère"*.

<u>**Night 2, minute 43:00**</u> of ROSEMARY'S BABY the Mini-Series:

> **Rosemary:**       Commissioner, I don't understand; if Steve Marcato has been dead for years how could he have possibly killed all those  women?

**(34)**       **Paris Police Commissioner** :       He disappeared *about thirty years ago.* Around the same time Roman Castevet came into **a fortune** and *bought* "La Chimère. (Note: He is speaking in **2014;** thus **1988** would be **"about thirty years"** before that)

<u>**P. 1, paragraph 1, line 7**</u> of "The Groaning Road The FICTIONALIZED STORY" :

> Getting romantically involved with a French man had never been on her agenda **(Tracey's)** of things to do **during this trip that she'd been planning since the age of ten**, when the letters and postcards had stopped coming **twenty years ago (1988).**

<u>**Page 4, para. 2, lines 3  and 9**</u> of "The FICTIONALIZED STORY" :

> Their similarities partly explain why they had been friends for nearly a quarter of a century ... **When they'd first met in Paris** in the 1980s Andréa, too, had expected someone didn't resemble **this complex Jerri**, who could be cooly removed and passionately maternal in the space of a few minutes.
>
> ...
>
> **Guy Woodhouse** (making a toast) : "<u>2014 </u>was a good year."

(The FILM was shot in **2014** and  first shown on NBC in May of **2014).**

Rosemary (showing the Photo) : This is Jacques and Nina. **She
died** three months ago.

(**"**ROSEMARY'S BABY" the Mini-Series was **shown on NBC in** May **of 2014.
Three** months **before that was in _February, 2014, the same month**_
_that the PLAINTIFF worked on the FILM_ as as extra for five days**)**.


Night 1, (near end of Night 1) of ROSEMARY'S BABY the Mini-Series :

**Rosemary** : I was jealous of you.

**Roman** : Me?

**Rosemary** : You got to do _in two weeks_ **what I couldn't do** _in_
_two years._ **You got Guy to finish his book.**

(The PLAINTIFF left the film set after her five days of work as an extra **(spread over two
weeks)** on "ROSEMARY'S BABY" the Mini-Series **exactly two years** — almost to the
day — after she e-mailed her TWO SHORT STORIES to HOLLAND — February 2012 to
February 2014.

HOLLAND the director, the SCRIPTWRITERS and the PRODUCERS of ROSEMARY'S
BABY the Mini-Series seem to have been **as obsessed with the PLAINTIFF and her
writing as the PLAINTIFF's "Jerri" and "Rosemary" are with finding clues.**
Evidence shows that **the PLAINTIFF's Computer was HACKED,** and has been  hac-
ked since 2012. It is firmly believed that it was hacked in order to **"find the ending to
these girls' story"** (as the **Paris Police Commissioner** says in ROSEMARY'S BABY
the Mini-Series), and to find **"the ending"** to the PLAINTIFF's FICTIONALIZED STORY
— _which would be the same thing_**.**

**The search for "the ending"** to the PLAINTIFF's FICTIONALIZED STORY **seems to
have preoccupied HOLLAND for two years.** The PLAINTIFF **never divulged "the
ending"** to HOLLAND or to anyone else.  Nor did the PLAINTIFF ever send the **SYNOP-
SIS,** which includes **"the ending"** of the FICTIONALIZED STORY, to HOLLAND or to
anyone else. **Nonetheless, descriptions in that SYNOPSIS _ended up in the film._**

Descriptions from **a 2012 revision** of the FICTIONALIZED STORY also **ended up in** ROSEMARY's BABY the Mini-Series. **That revision,** as well as important e-mail, **was mysteriously deleted from the PLAINTIFF's computer.** Having been forwarded, the e-mail was retrieved. **The revision has not yet been found or restored.**

In June of 2017, Yahoo! technicians informed the PLAINTIFF tha**t the PLAINTIFF's Yahoo! e-mail account, where she backed up the revision and her important e-mail, was being controlled from two (2) different locations.** The PLAINTIFF has contacted the Federal Bureau of Investigation).

<u>Night 1, minute 5:24</u> of ROSEMARY'S BABY the Mini-Series :

> **Julie :** So **how's Guy's novel going?**

> **Rosemary:**   **Every time I check he's one revision from the end.** There's a publisher interested so he's trying to finish it. ... But I encourage him because I believe in his writing.

———————————————————————————————————————

**(35)  The PLAINTIFF's Character** "Andréa, **the FILM's Character** "Julie" **and the Best-Friend Friendship in The FICTIONALIZED STORY and in the FILM :**

The character "**Julie**" in ROSEMARY'S BABY the Mini-Series was inspired by the PLAINTIFF's creation, "**Andréa**", in The Groaning Road The FICTIONALIZED STORY.

"**Julie**" is *one of several ADDITIONS to the cast* of the original *Rosemary's Baby* — additions that are now among the cast of ROSEMARY'S BABY the Mini-Series that were *inspired by, based on and developed from* the PLAINTIFF's writing in the Groaning Road the TRUE STORY and The Groaning Road the FICTIONALIZED STORY.

For **African-American Rosemary's blond Best-friend "Julie" very closely re-**
**sembles** African-American "Jerri's" blond Best-friend "Andréa". *No such "Ju-*
*lie, "best-friend" to "Rosemary Woodhouse" in Paris, France, with the cha-*
*racteristics of the PLAINTIFF's character "Andréa",* **can be found in Ira Le-**
vin's novel *Rosemary's Baby or in Son of Rosemary.*

**"Julie", the storyline around her character, the _verbatim_ dialogue that she**
**speaks, _whole scenes_ in which "Julie" appears in ROSEMARY'S BABY the Mini-**
Series, *were all CREATED by the PLAINTIFF.*

Thus, in addition to ten million dollars ($10,000,000) for infringement of "The Groaning
Road the TRUE STORY" and ten million dollars ($10,000,000) for infringement of "The
Groaning Road the FICTIONALIZED STORY", **the PLAINTIFF asks that "Inspired by**
**Mina Montgomery-Matosi's 'The Groaning Road the True Story' and 'The**
**Groaning Road the Fictionalized Story'" be added to the credits** of ROSEMARY'S
BABY the Mini-Series.

**A concerned — if distracted — "Julie" (like the PLAINTIFF's concerned — if**
**distracted —** Andréa**) listens to** "Rosemary's" **obsessions and suspicions about**
**disappearances from an apartment in Paris and the mysterious death of "Ni-**
na**", wo lived in the apartment where** Rosemary **and Guy Woodhouse now live. And "Ju-**
lie**" tries to soothe and humor** Rosemary **between drinks, teasing and flirting**
**— exactly like** the PLAINTIFF's character **"Andréa" does when she listens**
to**"Jerri's obsessions and suspicions about a disappearance from an apart-**
**ment in Paris :**

**Page 3, last paragraph** of The FICTIONALIZED STORY E-mailed to HOLLAND:

> Two stylish women in their late forties meet in a small
> square near Paris' exclusive Saint-Germain des Prés neighborhood.
> Andréa Durand, a blond Dutch-French Huguenot from Cape
> Town, South Africa, opens her arms while offering a hurried
> excuse for being late; Jerri Miles, an ex-patriot African American
> from Mississippi teases her saying she's gotten used to it after so many

years. **They smile fondly into each other's faces like old
friends** remembering the years of past lives and shared secrets,
**kiss each other on each cheek** and _**lock arms as
they begin to walk**_ towards the boulevard

**Page  5, Paragraph 2** of the PLAINTIFF's FICTIONALIZED STORY :

Today they (**JerrI** and **Andrea**)  don't say much at first
as _**they stroll down the busy street arm-in-arm**_ —
a habit they'd first found strange, then picked up from
Parisian women decades ago

**Page 6, paragraph 2** of The FICTIONALIZED STORY:

**Blond best-friend "Andréa" asks her African-American friend "Jerri" :**

"**So do you want to walk** and talk or have
a _drink_ and talk?"

"**You're not supposed to drink**, Andréa…."

"Oh, don't preach!" **she pleaded playfully**,
having somehow led them straight to Café Flore
and stood there stretching her neck looking for **a table.**

**Page 5, paragraph 2, line 4** of  The FICTIONALIZED STORY:

**Andrea** spends about half the year there (Cape Town) (these)
days when she isn't visiting her own father in Paris, preoccupied by his
deteriorating health.
…
**Jerri…**after all these years couldn't imagine a better person
or friend than **Andréa (p. 4, para.3, lines 1 and 5).**
…

Still it exasperated her a little **(Jerri)** when her rich friend **(Andréa)** made dinner reservations at the most expensive restaurants in the city or just plopped down at the most chic café in the neighborhood without anyone's budget in mind but her own... **(p. 5, paragraph 1)**

<u>**Night 1, minute 6:15**</u> of "ROSEMARY'S BABY" the Mine-Series :

**(36)   The Scene :**

The first time we see Julie in the FILM, she is **sitting at a table** near the sidewalk of a pricey-looking café-bistro located in **an upscale neighborhood of Paris.** The potted flowers in the scene, giving the café a notable floral atmosphere, remind of the flowers that edge Café Flore, mentioned in the FICTIONALIZED STORY, and which is located in an exclusive neighborhood of Paris .

Over "Julie's" head, we see the word **"Cocktails"** **written in large letters** on he plate-glass window. **As we shall see below,** _**setting,**_ _**action and dialogue**_ in the above-noted scene in the FILM are sometimes _**identical**_ to action and dialogue in one of the PLAINTIFF's scenes in The Groaning Road The FICTIONALIZED STORY, which _also_ takes place on a boulevard in a chic neighborhood in Paris.

The above-mentioned scene is the first of two scenes in the FILM in which **we see "Rosemary" and "Julie"** meet on a boulevard in an upscale neighborhood in Paris, in which **they smile into each other's face, embrace warmly   —   after** _"Julie" raises out-stretched arms to greet "Rosemary", — and stroll down the street_ arms in arm**,** _exactly_ as the PLAINTIFF describes the scene in the FICTIONALIZED STORY.

<u>**Night 1, minute 6:30)**</u> of ROSEMARY's BABY the Mini-Series :

In _**verbatim dialogue**_ **to the dialogue of the PLAINTIFF's best-friend character (**blond "Andréa"**),** the FILM's blond best-friend character "Julie" asks her **African-American best friend "Rosemary"** , in a similar scene that  the PLAINTIFF described in the FICTIONALIZED STORY, in a similar context, with two similar best

friends meeting in a similar setting in Paris for the first time in a long while, Julie asks Rosemary :

(37)        "Do you want to walk?"

**Then, like the action described by the PLAINTIFF for** "Jerri" **and** "Andréa **in** "The FICTIONALIZED STORY, the two "so-happy-to-see-you"-again best-friends "Rosemary" and "Julie" *link arms and walk down the boulevard* in a chic neighborhood in Paris.

Night 1, minute 30:30 of "ROSEMARY'S BABY The Mini-Series":

(38 & 39)    **Rosemary and best-friend** "Julie" **_again_ meet on a street in Paris like** the PLAINTIFF's **"Jerri"** and Andréa. Then "Julie" opens her arms to greet "Rosemary" with a hug. In this scene **Rosemary** rushes up to "Julie and says :

(40)              "Sorry I'm late".

In the street scene noted immediately above, best-friends "Rosemary" and "Julie" *link arms* and walk to the university in Paris where **the now writer Guy Woodhouse is an English Professor — like the PLAINTIFF's character "Jerri —and like the PLAINTIFF.**

(41)    The PLAINTIFF's **AFFECTIONATE "Jerri" and "Andréa"; and the FILM's AFFECTIONATE "Rosemary" and   "Julie"** :

Page 5, para. 5 of "The Groaning Road the FICTIONALIZED STORY :

          "Don't you think about him sometimes, Andréa ?"
          Jerri asks, staring into space, adding, **"Don't you ever wonder what happened to him?"**

"Of course I do, Sweetie," she says, touching her friend's face, **" but you can't devote your entire life searching for him."**

**Night 2, minute 0:4:10** of ROSEMARY'S BABY" the MIni-Series:

**Julie** hands Rosemary one of the drinks in go-cups.

**Rosemary:** Thank you, Baby.

**Night 1, minute 0:30:45** of ROSEMARY'S BABY The Mini-Series

**In yet another exterior scene we see Rosemary and Julie strolling around  the SORBONNE University—*arm-in arm again :***

Julie :        **(Putting her her head on Rosemary's shoulder) :** Don't worry, Honey, your husband never had a wandering  eye, not since he met you.

**Rosemary :** You're sweet.  **("Rosemary"** kisses **"Julie" on the cheek).**

**Page 5, Paragraph 4** of The Groaning Road The FICTIONALIZED STORY :

**"Of course I do**, *Sweetie,*" she says, touching her friend's face, "but you can't devote **your entire life (to) searching for him."**

...

"Why not?"**Jerri** asks "what are we meant to do with our entire lives if not search for something?" Andréa was one of the few people she allowed to call her "Sweetie", but she still winced at the word.

<u>Night 2, minute 13:40</u> of "ROSEMARY'S BABY" the Mini-Series :

                    **Rosemary smiles.**

(39)            **Julie:**         **Ah! You smiled! (She touches Rosemary's face affectionately).**  I haven't seen that in a while.

In the FILM, "**Rosemary**" and "**Julie**", resembling "**Jerri**" and Andréa **and having the same obsessions and investigative objectives in Paris as "Jerri" and** An-dréa, are seen in <u>*several*</u> scenes that **closely resemble scenes that the PLAINTIFF described in** *BOTH* , "**The Groaning Road The TRUE STORY" and "The Groaning Road The FICTIONALIZED STORY".**

The ***majority* of the characters** in ROSEMARY'S BABY the Mini-Series **are seen and heard in scenes similar to scenes** described by the PLAINTIFF, and **speaking  dialogue inspired by the dialogue of the PLAINTIFF's characters** in *similar circumstances* to those in "The Groaning Road the TRUE STORY" and in "The Groaning Road the FICTIONALIZED STORY).

                — — — — — — — — — — — — — — — — — — — — — —-

(40)        **The PLAINTIFF's character** <u>"Andréa's "Humor</u> and **the FILM's character**    <u>"Julie's"</u> <u>Humor</u>

**In "The Groaning Road The FICTIONALIZED STORY", the joking sense of humor and teasing** of **blond best-friend Andréa are developed in scenes with her friend African-American "Jerri Miles"** when **"Jerri"** tries to convey **her fears** about their friend who had **vanished 20 years earlier, in 1988.** Andréa **tries to brighten Jerri's mood with her natural humor—and** *finally succeeds* by **keeping the conversation light in order to distract Jerri** from her obsession with their missing friend, and with **a photo of Hitler** that she has carried around in her head for so many years. **Finally both of them are drinking and laughing about the story that** Andréa **has cleverly introduced into the conversation to calm Jerri's  anguish (pp.8 and 9).**

<u>In ROSEMARYS BABY the Mini-Series</u>, best-friend "Julie" **jokes a lot and teases Rosemary.** When **Rosemary** tries to seriously discuss her suspicions and fears about a mysterious death, we see and hear Julie joking and teasing her to brighten her mood in nearly every scene they share in the FILM.

In one scene in the FILM (which is noted after the following excerpt from The Groaning Road The FICTIONALIZED STORY) best-friend "<u>Julie</u>" <u>*finally succeeds at*</u> *distracting* **"Rosemary"** *and making her smile,* just like the PLAINTIFF's best-friend character *"Andréa" succeeds at distracting "Jerri" with her humor, and making "Jerri" smile **and laugh** :*

> <u>Page 5, para. 2, line 3</u> of "The Groaning Road The FICTIONALIZED STORY" : On a walk in Paris :

>> ... **Jerri** asks news of of **Andrea's** son who's spending his summer break in Cape Town with his father. **Andréa** spends about half the year there when she isn't visiting her own father in Paris, preoccupied by his deteriorating health.

>> "It works out for everybody this way, **she (Andréa) surmises, chuckling**; "Dad comes back to France and to this roots to die; Mom decides that France has never been her home and stays in the Cape; neither my husband's nightclub nor his waitresses can thrive without him, and I have to be here to take care of Dad. So who needs a divorce with so much space?"

>> **They giggle** and pause for a moment in front of a newsstand, **scanning the headlines and magazine covers.** ...

<u>Night 2, minute 0:4:00 to 0:500</u> of ROSEMARY'S BABY the Mini-Series :

**Julie says to Rosemary :**      "Forget Baby Night; why not **have sex for the fun of it?"** Then she adds jokingly, **"I wish I could remember what that was like."**

Night 1 **of** ROSEMARY'S BABY" **the Mini-Series :**

>    Rosemary : **No.** I think I know what it's about (she shows Julie the
>                  **photo** of a couple.)

>    Julie : (*widening her eyes and* **pretending to believe the**
>              **ridiculous): Guy's pushing you into** *swinging?*

>    Rosemary (**deadpans** a "not amused" expression): **Very funny.**

—————————————————————————————

**(P. 7 , paragraph 9 of PLAINTIFF's FICTIONALIZED STORY):**

>    "You're assisting Professor Stern with his work?" Andréa
>    asks, her voice tinged with **humor and irony.**

>    "Well, it would be a bit pretentious to say that he's helping me with
>    mine," Jerri concedes, "but we are looking for he same people.

>    "Um huh" Andréa says .... "**But wouldn't they be dead by now?**"

>    "**Are your parents dead?**" Jerri asked, cocking her head to the
>    side and looking at her incredulously.

>    "Almost," she said, **a smile tugging at the corners of her**
>    **mouth**; "and believe me both of them are afraid to lie down." Andrea
>    wants to laugh at her own joke but knows the only time her friend
>    doesn't appreciate her twisted humor **was when they had this**
>    **particular conversation.** *"Alright, I'm listening,"* **she continued.**

Night 2, minute 13:20 of "ROSEMARY'S BABY" the Mini-Series :

Visiting **Rosemary** at home, Julie finds her now pregnant friend looking tired, thin
and washed out. Rosemary drinks some of Margaux Castevet's herbal mixture :

**Julie (smiling teasingly): I**'ve never been pregnant myself but I
don't think you're supposed to look like a drug addict.

**(Rosemary turns to face her, giving her a mock-annoyed look)**

Julie:                  what's that?

Rosemary :         It's a blend of herbs and vitamins ...Margaux makes it for
me ...  It's supposed to be good for the baby.

Julie (laughing) : It doesn't look like it's too good for you.

Rosemary (annoyed) : Julie,  I'm doing the best that I can to hold
it together!

(41)      Julie :         *I'm sorry... I'm sorry. You're right* **...I mean, you
could be the poster child for pregnant supermodels.**

Rosemary smiles.

(42)   Julie:         Ah! You smiled! (touches Rosemary's face affectionately). I
haven't seen that in a while.

—————————————————————————————————————————-

*"Andréa, **after teasing Jerri** :  Alright, I'm listening,"*

*"Julie, **after teasing Rosemary**: I'm sorry...I'm sorry. You're right...I
mean, you could be the poster chid for pregnant supermodels.*

—————————————————————————————————————————

**Page 8, para. 4, line 1 of** The FICTIONALIZED STORY :

"My uncles fought in World War Two and they're still alive and well," **Jerri** says. The older one is ninety-two and the younger one ninety". She kept with their birthdays and **both she and Professor Stern hoped they would live to be a hundred.**

"And when you went to Chicago two years ago Uncle Nate drove you to church when he was ninety," Andréa chipped in like someone who had heard the story already.

"Um huh," **Jerri** confirmed, undaunted. "And at the time Uncle Theo, who was eighty-eight, drove me to buy fish and corn muffins after work.

"Uncle Theo still works?" Andrea, **trying to keep a straight face, wants to know.**

**Jerri** shrugged her shoulders. "He does odd jobs."

"And you got in the car both times?" Andréa **wonders.**

**They were both nearly bursting at the seams trying not to laugh out loud.**

"Not only that," **Jerri was laughing openly now,** "Uncle Nate drove the (Cadillac) while talking non-stop, one hand on the steering wheel, gesticulating with the other one and looking at me the whole time." She took a sip of her wine, **giggled into her glass** and added, " I was afraid he was going to catch me gripping my seat with both hands and stomping on my imaginary brakes". **They were both swaying with laughter now** and talking a little too loud.

"So you believe that my parents and your Uncles prove (that) some of them could still be **holding one another hostage and donating rather generously,"** Andrea offers ruefully, **finishing her glass.**

"Undoubtedly,  **Jerri** says...

**Andréa** looks at her intently, widening her eyes and **pretending to be cornered,**  **"Am I on Professor Stern's <u>list</u>?"**

"I'll check."  **(pp. 10 and 11** of the FICTIONALIZED STORY)

**Thus,**

- In the FICTIONALIZED STORY **"Andréa  can't resist teasing Jerri, and finds a way to distract her from her obsessive suspicions by keeping the humor going;**

- In the FILM **"Julie"  can't resist teasing** **Rosemary, and finds a way to distract her by keeping the humor going;**

- In the FICTIONALIZED STORY **"Andréa"** **finally manages to make** **Jerri laugh when she isn't in a laughing mood.**

- **In the FILM "Julie" finally manages to make "Rosemary" laugh when she isn't in a laughing mood.**


<u>**Night 2, minute 15:35** </u> of "ROSEMARY'S BABY the MIni-Series :

    **Julie:** Dr. Bernard is really good — we dated a few times (**she smiles knowingly.)**

    **Rosemary :** (not in a joking mood): Julie.

    **Julie (still smiling) :** Bottom line: **Scott knows his way around a vagina!**

    **Rosemary** (not humored, rolling her eyes): Oh, my God; you're hysterical.

> Julie : (Smiling) : How do you think we got an appointment so
> quick?

**(43)** **Like "Andréa" in The Groaning Road The FICTIONALIZED STORY,**
**"Julie" is a Flirt in  ROSEMARY'S BABY the Mini-Series :**

**Pages 5-8 of "The Groaning Road The FICTIONALIZED STORY"**

> ... Jerri ... after all these years couldn't imagine a
> better person and friend than Andrea, whose intellectual
> courage she thoroughly admired. **Still it exasperated her ("Jerri")**
> a little when she ("Andréa) and Lance flirted, harmlessly as far as they
> were concerned, right in front of her.

**Night 2, minute 0:30:00** of ROSEMARY'S BABY the Mini-Series :

Julie tells **Rosemary**'s **husband Guy** that she wants **Rosemary** to see a doctor friend
of hers to get a second opinion.

> **Guy Woodhouse** (irritated) ;    The doctor you slept with, right?

**(44)**      **Julie :**               **I have slept with you, too.** Just because I have
                                        sex with someone doesn't mean I can't them for
                                        what   they are.

(One film critic wanted to know why that remark was thrown in ***without any ex***
***planation or followup).*** **(See attached Film Reviews).**

**Page 7, last paragraph** of the FICTIONALIZED STORY:

Jerri is obsessing about how she and Professor Stern "*are*  looking for the same
people." Andréa, distracted and only half listening, is flirting with a man

nearby **and doesn't hear most of Jerri's serious concerns, or her flow of words.**

> **"Um huh"**, Andréa says, flirting discreetly **with the handsome man at the next table, unperturbed by his date,** adding abruptly, **"But wouldn't they be dead by now?"** (Note: to make her friend **Jerri** understand that she is obsessing needlessly).


Night 2, minutes 4:05 to 5:28 of "ROSEMARY'S BABY" the Mini-Film :

**(45)   An exterior scene and a walk in Paris**

At the beginning of Night 2 of ROSEMARY'S BABY" the Mini-Series, **we see "Julie"** walking toward Rosemary **holding high in each hand two beverages in go-cups. She gives one of them to Rosemary and takes a sip of hers.**

> **Rosemary:** Thank you, Baby.

Rosemary and Julie *link arms as* they do each time we see them on a   Paris **street, as** Jerri and Andréa do in the scene in The Groaning Road the FICTIONAL*IZED STORY*. **Julie sips from her go-cup and they walk toward a crowd watching Afro-Brazilian street dancers.**

**Pleasantly distracted by the dancers** and enjoying the sights, Julie is only half-listening to what Rosemary **is saying about her suspicions,** just like Andréa **is only half listening to** Jerri **in the PLAINTIFF's FICTIONALIZED STORY about her suspicions and what her investigation is beginning to reveal.**

Julie **says playfully to** Rosemary **as they watch the moves of the shirtless Afro-Brazilian drummers and dancers wearing tight-fitting pants :**

> Julie: "I think those outfits would flatten my ass, don't you?"

**But** *Rosemary* **is still obsessing** with her disturbing story. Julie is smiling at her own joke and tries to remind Rosemary that she had just said something funny that Rosemary had missed, then **smiles and says** to her: "Earth to Rosemary!".

Julie's **attempt to humor Rosemary doesn't work** and soon neither one is paying much attention to the other, even if **Julie does turn her gaze away from the dancers** once or twice to *abruptly* interject a question about the cause of her friend's anxious mood.

<u>Night 2 minute 4:40</u> of ROSEMARY'S BABY the Mini-Series :

Rosemary says to Julie, **who is looking at the dancers and** appears to be charmed by them : "It's Guy. I can't put my finger on it. But he's distracted. He looks right through me."

> Julie (smiling appreciatively in the direction of the shirtless dancers, **turns her head abruptly toward Rosemary**) :  "Well, have you spoken to him about it?"

> "He hasn't touched me since that night."

> Julie (still smiling in the direction of the shirtless Brazilian dancers, **turns abruptly toward Rosemary again** and says, with irony :  A couple of weeks?
> (to make her friend **Rosemary** understand that she's obsessing needlessly)

**Finally "Julie" resorts to just looking at the shirtless dancers** *up and down.* **Then, smiling less,** *lifts her eyebrows sensually while bobbing her head from side to side in  "well, well!" appraisal and admiration  in the direction of the dancers.*

(46 & 47)   Julie sips from her go-cup throughout the scene. Forgetting **Rosemary,** Julie *begins to smile and flirt furtively with one of the*

*Brazilian dancers* when he takes a break. He smiles back and they give each other discreet waves of the hand. (Streaming versions of ROSEMARY'S BABY the Mini-Series have since been edited. See DVD)

**During the time that Julie is flirting, she hasn't noticed that Rosemary has become faint. She takes another sip from the drink in her go-cup and smiles again in the direction of the shirtless dancers. (See DVD)**

**We reiterate :**

the PLAINTIFF's funny blond "André"a and the FILM's funny blond "Julie";
————————————————————————————-

the PLAINTIFF's flirting "Andréa" and the FILM's flirting "Julie";
—————————————————————————

the PLAINTIFF's "Andréa" **flirts openly with "Jerri's" boyfriend, Lance.**

**the FILM's "Julie" has slept with "Rosemary's" husband Guy Wood house.**
————————————————————————-

the PLAINTIFF's Andréa's abrupt questions **to Jerri in the middle of** Andréa's flirting and the FILM's Julie's abrupt questions **to Rosemary in the middle of** Julie's **flirting;**
————————————————————————

the PLAINTIFF's "Andréa" **is sincerely concerned about "Jerri",** about **Jerri's obsessive suspicions and about her investigation.**

The FILM's Julie **is sincerely concerned about Rosemary,** about **Rosemary's obsessive suspicions and about her investigation:**
——————————————————————

The PLAINTIFF's **"Jerri" and "Andréa" are best-friends in Paris, one black, one white; who show a lot of affection towards each other with names of endearment and touching physical gestures.**

The FILM's **"Rosemary** and **"Julie"** are also best-friends in Paris, one black, one white; *who show a lot of affection towards each other with names of endearment and touching physical gestures.*

———————————————————————————

*(All* **of these RESEMBLANCES** involving **"Julie"** and **"Rosemary"** much of the dialogue that they speak and the scenes in which they speak them, are **seen and heard** in ROSEMARY's BABY the Mini-Series **_after_ HOLLAND, the director of the FILM, read and favorably critiqued _in writing_** the PLAINTIFF's short story and **"vivid", "sensual" characters** in "The Groaning Road The FICTIONALIZED STORY).

**It is flagrantly obvious** that the **"Julie" character WAS ADDED** to ROSEMARY'S BABY the Mini-Series, **having been inspired by the PLAINTIFF's character "Andréa Durand"** in the FICTIONALIZED STORY.

————————————————————————————————-

<u>**The Church**</u>

   **P. 1, Paragraph 2** of "The Groaning Road The FICTIONALIZED STORY" :

           **An acquaintance** back in Oklahoma City **who had lived in Paris years before** had mentioned that the coffee hour in this very church annex would be a good place to **start her search (Tracey's).**

<u>**(Night 1, minute 54:10**</u> of ROSEMARY'S BABY the Mini-Series :

(48)      **Julie tells** Rosemary **to go to the only Coptic church in Paris in her investigation of the mysterious death of "Nina",** the former tenant of <u>the Castevet's apartment</u> where **Rosemary** and Guy Woodhouse now live.

(To the PLAINTIFF, **the name "Nina" sounds alarmingly close to her name, Mina).**


**P. 1, para. 1, line 6** of "The The Groaning Road FICTIONALIZED STORY" :

> ... she (Tracey) **abruptly left** the annex and its mingling but thinning crowd.
>
> ...

**Page 9, paragraph 3** of "The Groaning Road The FICTIONALIZED STORY" :

> "I wish my father could still drive," Andrea says, a little drunk already, "then I wouldn't have to drive him **to church and to his secret meetings with his cronies."**
>
> **"Why** do you call them secret?" (Jerri asks)
>
> "Because *they speak every language in the world among themselves - French, English, Italian, Afrikaans, German*...; switching to one or the other in hushed tones depending on who comes into the room" (Andréa answers).
>
> "Even if it's you?"
>
> Especially if it's me".


**Page 9, paragraph 10 of "The Groaning Road the FICTIONALIZED STORY :**

> "...I grew up in church and know what it feels like ." (Jerri says)
>
> "What"
>
> "Like being swept up joyfully into loving arms.
>
> "And the American Assembly in Paris doesn't?"

"No. ...how could the most fertile crossroads in Paris for wire- tapping, computer spying, hate mongering and pedophilia pass (as) a God-loving church?"

**Page 10, paragraph 6 of "The Groaning Road The FICTIONALIZED STORY" :**

"It's not surprising; but **if the pastors** and most of the flock **knew** who they were — **from the accent, you know** — then **why didn't somebody turn them in ? (Andréa asks):**

"To whom?" **Jerri deadpans.** "Anyway, **everybody there has always known that nearly everybody else is an _imposter_,** so they simply held one another hostage, and still do," adding, ... " **and of course the <u>donations have always been generous</u>.**"

"So you believe that my parents and your uncles prove that some of them could still be holding one another hostage and <u>donating rather generously</u>", <u>Andrea offers ruefully, finishing her glass.</u>

(49)   IN ROSEMARY'S BABY the Mini-series, **the German first and last names of** the character Professor Hildegard Bishop was inspired by the PLAINTIFF's description in "The Groaning Road the FICTIONALIZED STORY" **of Nazis gone into hiding in the congregation of the English-speaking church in Paris.**

(In "ROSEMARY'S BABY the Mini-Series, when **Rosemary visits the Coptic Christian church to investigate the death of Nina,** who is the former tenant of <u>the Castevet's apartment</u> where Rosemary and Guy now live, the priest, "Father Tekem" **(that would be Take 'em...the generous donations)** mentions the "Delphi Group, which he refers to as **a "secretive", "powerful"** group that gives "millions to charity")

...

<u>Night 1</u>, <u>minute</u> 63:25 of ROSEMARY'S BABY the Mini-Series :

**Commissioner:** What did you do yesterday, Rosemary?

(50)              Rosemary:  I had a class at the  Toque Blanche and after that I
                    went to church.

                 Paris Commissioner: Why?

                 Rosemary:  Because I needed spiritual guidance.

       Paris Commissioner: Father Tekem was found hung last night. **Now
                 why did you go to see him?**

                 **Rosemary: I wanted to ask him about Nina.**
                 ...

                 Rosemary: Do you think it's a coincidence or do you think
                    his death has something to do with **Nina?**

                 Paris   Commissioner: I don't know, *but this is no purse-snatcher*,
                                Rosemary. You need to let this go and let
(51)                            the police do their jobs. Be careful
                                where you place your trust.


**Page 15, paragraph 3** of the PLAINTIFF's FICTIONALIZED STORY :


       **Professor Stern advises Jerri :**

                        **"This may be 2008 but it is not America"**,
                    he reminded her **(Jerri)**, as if he needed to, **in a blunt
                    conversation about how she might** be more
                    discreet in sharing her opinions.

**Night 1, minute 0: 63:25** of ROSEMARY'S BABY the Mini-Series :

(52)              **The Paris Commissioner advises** Rosemary **:**

**I  don't know, but this is no purse-snatcher, Rosemary**. You need to let this go and let the police do their jobs. Be careful where you place your trust.

————————————————————————————————————————-

(53)        The "DELPHI Group" *

Night 1, minute 0:26:15 of Rosemary's Baby the Mini-Series :

Margaux and Roman Castevet offers **Guy** and **Rosemary  Woodhouse  a  beautiful apartment to rent for not a lot of money :**

|  |  |
|---|---|
| **Margaux ;** | **We have an empty apartment at the Chimère.** |
| **Rosemary :** | No. …We couldn't even afford your building for a weekend. |
| **Margaux :** | "**We own it;** we charge whatever we want. |
| **Roman ;** | It's just sitting there empty … you can pay the same rent you're paying now; you'll be in profit. |
| Julie : | **That's *insane*.** |
| Rosemary: | What she means is it's very generous of you. |

* (The DELPHI Oracle of ancient Greece, shrouded in deep secrecy, spoke in obscure, coded language to counsel those seeking wealth and power. Today, **DELPHI is also a coded computer language.**)

<u>Night 1, minute 55:48</u> of "ROSEMARY'S BABY" the Mini-Series :

(54)   **Rosemary** says to **Father Tekem :**   "It says here that **he is the founder of the Delphi Group, *and that he gives millions to charity*".**

**(WHAT IS WRITTEN ON THE TYPED PAGE THAT ROSEMARY IS HOLDING IN THIS FRAME?????) (See DVD, because** streaming versions **of the FILM** have been since edited**).**

(55)   **Father Tekem :**   **"The devil has many faces;** you never know what shape it's going to take." ("<u>Imposters</u>" in the PLAINTIFF's The FICTIONALIZED STORY)

(56)   **(Note:** <u>the name "Father Tekem"</u>, as in Take 'em (generous donations?), of the English-speaking Coptic **church in Paris**, and **scenes** in the FILM in which "**Father Tekem**" is seen and heard speaking with "**Rosemary**" *were obviously inspired by and developed from passages* in PLAINTIFF's "The Groaning Road The FICTIONALIZED STORY"; **notably that of "**Tracey" **visiting the church for clues to the disappearance of her fathe**r; about *a "secret" society that is operating within the church* and about *"donations that have always been generous"* to the "pastors" and to the church).

**\* (Excerpt) :**

\*      The oracle at **Delphi is** a figure <u>of great historical importance</u> that was, and still is, **shrouded in mystery, ambiguity and obscurity.** She spoke for the god Apollo and answered questions for the Greeks and **foreign inquirers about colonization, religion and powe**r. By her statements **Delphi was made a <u>*wealthy*</u> and <u>*powerful*</u> city-state.**

**The oracle of Delphi was also asked frequently about introducing religion** to the new colonies... **Inquirers would be led in by a priest who would ask the question. The oracle would respond and the priests would** *interpret* **the answers** for the visitor)

...

**The lack of a strict religious dogma** associated with the worship of Greek gods also **encouraged scholars to congregate at Delphi, and it became a focal point for intellectual enquiry, as well as an occasional meeting place where rivals could negotiate.**

...

**The Delphi Oracle exerted considerable influence** throughout Hellenic culture, **and was** essentially ***the highest authority both civilly and religiously*** in ancient Greece.

————————————————————————

"No," she (Jerri) states flatly... "Anyway, how could the most fertile crossroads in Paris for wire-tapping, **computer spying,** hate mongering and pedophilia pass (as) a God-loving church?" **(p. 10, paragraph 3** of *The FICTIONALIZED STORY)*

————————————————————————————

Thanks to her prestige, ***Delphi became the richest*** and the most famous **Hellenic** *sanctuary*. The Greeks called it the *omphalos,* or *"navel of the world."* **The priests and temple attendants** determined the order of the queue, **giving priority to state embassies and then working their way down through military commanders,** athletes, poets and, last of all, mere heads of families... *we can no longer dismiss ancient traditions concerning its origins and power.* —

**\* (Passages taken from "The Oracle of Delphi—Was She Really Stoned?" by Jelle Zeilinga de Boer and John R. Hale,** *Archaeology Odyssey*

**Page 9, paragraph 3** of "The Groaning Road the FICTIONALIZED STORY" :

"**I wish my father could still drive,**" Andrea says, a little drunk already, "then I wouldn't have to drive him to church and to his secret meetings with his cronies."

"**Why** do you call them secret?" (Jerri asks)

"Because *they speak every language in the world among themselves - French, English, Italian, Afrikaans, German*...; switching to one or the other in hushed tones depending on who comes into the room" (Andréa answers).

**Page 10, paragraph 6** of The FICTIONALIZED STORY :

"It's not surprising; but **if the pastors** and most of the flock **knew** who they were — from the accent, you know — then **why didn't somebody turn them in ? (**Andréa asks):

"To whom?" **Jerri deadpans.** "Anyway, **everybody there has always known that nearly everybody else is an** *imposter,* so they simply held one another hostage, and still do," adding, ... " and of course the donations have always been generous."

"So you believe that my parents and your uncles prove that some of them could still be holding one another hostage and donating rather generously", Andrea offers ruefully, finishing her glass.

(Night 1, minute 56:59 of "ROSEMARY'S BABY" the Mine-Series) :

"**Father Tekem**" shows **Rosemary** a typed page entitled **"STEVEN MARCATO",** and *subtitled TRUTHS AND MYTHS* — a *"compilation"* inspired by **PLAINTIFF's** **subtitles** "A *TRUE STORY"* **and** *"THE FICTIONALIZED STORY")*

**Rosemary:** What is this?

(57)                    **Priest:**        Fortune Magazine. How do you think he's so successful?
                                           **The Devil hides behind his billions.**


See Night 1, minute 57:06: of ROSEMARY'S BABY the Mini-Series, and yet another **typed page**, this one with the **subtitle "Rewards"** written in the middle of the page. **WHAT ELSE IS WRITTEN ON THAT PAGE ???** IT DOESN'T LOOK LIKE A FILM SCRIPT, but curiously like the PLAINTIFF's typed pages. **(See DVD, because streaming versions** of ROSEMARY'S BABY the Mini-Series **have since been edited).** **Page 10, paragraph 6 of** "The Groaning Road The FICTIONALIZED STORY" :

> "It's not surprising; **but if the pastors** and most of the
> flock knew who they were — from the accent, you know —
> then **why didn't somebody turn them in ? (Andréa asks):**

> **"To whom?"** Jerri deadpans. "Anyway, **everybody there
> has always known that nearly everybody else is an
> imposter,** so they simply held one another hostage, and still do,"
> adding, ... " **and of course the donations have always been
> generous.**"


Night 1, minute 55:48 of ROSEMARY'S BABY the Mini-Series :

> **Father Tekem :**    **The Devil has many faces** — Steven
>                        Marcato one day, someone else the next.

———————


Night 1, minute 21:41 of "ROSEMARY'S BABY" the Mini-Series :

(58)                    **Roman Castevet :**       You need *a benefactor*...


                        **Guy Woodhouse :**        A *benefactor?* Who's that?

| | |
|---|---|
| **Roman:** | It doesn't matter who mine was; yours will be a different person. You have to find them — and ask them—to guide you to help you **to realize all your dreams.** |

(So there goes the PLAINTIFF's **password** after her computer was **hacked).**

————————-

<u>**Night 2, minute 60: 40**</u> of ROSEMARY'S BABY the Mini-Series :

(59)          **Roman (to the Paris Police Commissioner):** Well, I'm sure when you decide to leave, **the private sector will welcome you with open arms** (pauses) — *and pockets*.
**Paris Police Commissioner:** You think so?

          **Roman:** A lifetime of public service should be *richly rewarded.*

<u>**Page 10, paragraph 6**</u> of the FICTIONALIZED STORY:

          ("To whom?" **Jerri deadpans.** "Anyway, **everybody there has always known that nearly everybody else is an _imposter_,** so they    simply held one another hostage, and still do," adding, ... "**and of course the <u>donations have always been generous.</u>**")

          "So you believe that my parents and your uncles prove that some    of **them could still be** holding one another hostage and **donating rather generously**", Andrea offers ruefully, finishing her glass.

————————————————————————————————————

**The Similarities** of the **"Paris Police Commissioner"** in ROSEMARY's BABY the Mini-Series to **"Professor Stern"** in "The Groaning Road The FICTIONALIZED STORY :

**P. 8, paragraph 3, line 5** of the PLAINTIFF's FICTIONALIZED STORY :

...                "... _I admire_ both you and **Professor Stern** for _never_
_giving up_ on people you love, and if that couple and others
like them are still alive, people like **you two** _**will bring them**_
_**to justice**_...**for their crimes**"


**Night 2 minute 60:40,** of ROSEMARY'S BABY the Mini-Series :

**Roman Castevet to the Paris Police Commissioner :**

(60)    I'm afraid not**...** Ah, so young**. ...** **It's good that**
**someone is** _**pursuing justice**_ **for these lost**
**women —** _**even after all this time.**_

(61)    The PLAINTIFF's character **"Professor Stern" inspired the ADDITION of** the
character **"the Paris Police Commissioner"** in ROSEMARY'S BABY the Mini-
Series.

**Professor Stern has been trying for decades to trace nazi criminals in hiding**
**and to bring them to justice.**

**The FILM's Paris Police Commissioner has been trying for decades to solve**
**murders and disappearances.**


**Page 14, paragraph 2** of The Groaning Road The FICTIONALIZED STORY :

**Professor Stern sits at his desk deep in thought**...
He rarely skipped a day of coming to his office at the university if only
for a few hours, even on the weekend — or especially then, when the
corridors remained silent enough for him to **discern the persistent**
**clues that rose above the muffled groaning** that had filled his
head
**on this path that he had traced and retraced** for more than half
a century.... **His research, his life's work rather, consisted of**

piecing together those clues and signals that no one or not
ing could provide more clearly than the dead, the murdered
being the most insistent.

**Night 2, minute 0:5:40** of ROSEMARY'S BABY the Mini-Series :

|        | **Tour Guide** (translating the inscription on the wall of the Catacombs in Paris : |
|--------|------|

(62)      "Stop! This is Death's Empire !... **Over six million**
Parisians are **buried here underground.** They are
all anonymous. No one is remembered here in the
Catacombs.

**Tourist :**      So the whole city is build over their bones.

(63)      **Tour Guide :**      Oui. ... Some of the Best addresses in Paris are s
aid to be built over the souls of the damned.
                              **(Minute 0:6:30)**

**Page 15, paragraph 2** of the FICTIONALIZED STORY :

Professor Stern at first appears reluctant **to help Jerri with her investigation :**

At first the Professor had been dismissive of her
impromptu visits to his office and her vague questions
about his research to the  capture of those living in
hiding who were probably responsible for many of (the)
crimes committed during (the) (H)olocost. ...

...he couldn't fathom in what way he she help could him.

**Likewise,** in ROSEMARY'S BABY the Mini-Series, **the Paris Police Commissioner at**
first appears reluctant **to help Rosemary with her investigation :**

**Night 2, minute 23:10** of "ROSEMARY'S BABY" the Mini-Series :

> **Paris Police Commissioner :**
>
>> **"Sorry, Rosemary; I have investigated
>> thoroughly.** Steven Marcato has not
>> been seen by anyone for *almost* thirty years".
>>
>>> ...
>>
>> **The man you thought you saw is dead.**
>
>> Rosemary: But Father Teken said he reported seeing him **just
>>
>>> six years ago. (2014 minus six — or 2008)**
>
> **Paris Police Commissioner: No.**
>
> **Rosemary:** Sorry I wasted your time.

———————————————————————————————-

**Page 14, paragraph 3, line 7** of "The Groaning Road The FICTIONALIZED STORY" :

> **Nevertheless**, he **(Professor Stern) owed his newfound
> energy to Jerri,** his American colleague, **for sharing her astounding
> story that corroborated so many others that he had documented.**

...

> So after listening enrapt to to **her story,** shocked and not surprised
> in the east...**he accepted his new colleague's request to help her find
> one Nazi couple — *who might be dead as far as he knew* —** whom she
> had met one night visiting a friend who'd rented a room **in their apartment.**
> **All three had disappeared that same nigh**t it seemed, with her *not being
> able to find a trace of them* the next day. And that had been **twenty years ago**
> (twenty years **prior to 2008** — or **1988)** **- (p.16).**

————————————————————————————————

...

<u>**Night 2, minute 43:00**</u> of ROSEMARY'S BABY the Mini-Series:

(64)   **Paris Police Commissioner : Rosemary…Look; after our talk about Steven Marcato I had my detectives check on similar unsolved cases for the past thirty years.** Seven more women all with missing hearts; **the most recent was discovered in <u>2008</u>. *None of them were reported missing by family or friends; no one claimed the   bodies. <u>Three</u>* were found to have** lived **at *"la Chimère".***

**Thus** in the ROSEMARY'S BABY the Mini-Series, **the Paris Police Commissioner finally decides to help "Rosemary" investigate her obsessive suspicions about missing people, just as Professor Stern finally decides to help "Jerri" investigate her obsessive suspicions about missing people.**

**In the said FILM, The Paris Police Commissioner** has been trying to piece together the puzzles to unsolved disappearances and murders that have taken place "**over the past 30 years" (1984 to 2014)** .

**The Paris Police Commissioner** asks Rosemary whether she has talked to Mrs. Castevet, "who might know the whereabouts of **this strange, mysterious couple".**

The Paris Police Commissioner tells Rosemary during one of **her visits to his office** that the "latest of" these murders took place in **<u>2008 (the year PLAINTIFF's three women characters began their investigation)</u>**.

**The Paris Police Commissioner** in ROSEMARY'S BABY the Mini-series, as does PLAINTIFF's character **Professor Stern** with his new colleague Jerri Miles — at **first** resists Rosemary's **pleas for help in her investigation into *Nina's*** death, a "strange couple" on a photograph **and into the identity of <u>a strange man she saw in her building.</u>**

**P. 15, paragraph 2** of "The Groaning Road The FICTIONALIZED STORY" :

> **At first the Professor had been dismissive** of **her impromptu visits to his office and her (Jerri's) vague questions about his research..."**

**Night  1, minute 45:30 of** "ROSEMARY'S BABY" the Mini-Series :

> **Rosemary is seated at the Paris Police Commissioner's desk across from him and shows him a photo.**

(65)      Paris Police Commissioner: I don't understand. **Do you know them? Are they  missing?**

       Rosemary: No, I don't know anything about them.

(66)      Paris Police Commissioner: But **you have suspicions they were met with foul  play?**

       **Rosemary:** Yes ... look (showing him a photo), **that's in our apartment.**
**.....**
       **Paris Police Commissioner:** You have an entire life that you imagined for them from this single snapshot.

       **Rosemary:** Yes. It's a little crazy, right? I'm really sorry I...

(67)      Paris Police Commissioner:  Have you talked to Mrs. Castevet? **She might  know  the  whereabouts  of  this  strange, mysterious couple.**

**P. 14, paragraph 3, line 3,** of "The Groaning Road The FICTIONALIZED STORY :

However, the indefatigable pursuit **that led to successes as well as to** promising *leads that had often vanished into thin air* **had taken its toll on him** ("Professor Stern"). ***These days he wondered how many years he had left and how long his health would allow him to continue his research***; and he often worried that he would leave much of his work *unfinished.*

<u>Night 2, minute 60: 40</u> of "Rosemary's Baby" the Mini-Series:

(68)          **Roman Castevet (to the Paris Police Commissioner) :**

                          **It must feel like Sisyphus  sometimes,
                          rolling the rock up the hill** *only to watch
                          it roll back down again.*

(69 & 70)          **Paris Police Commissioner: Yes, you're right;**  *it never ends.*
                                    *Some* *times I think it's a young*
                                    *man's game.*

<u>P. 8, paragraph 3, line 5</u> of the PLAINTIFF's FICTIONALIZED STORY :

...          "... *I admire* both you and **Professor Stern** for *never*

          *giving up* on people you love, and if that couple and others

          like them are still alive, people like *you two will bring them*

          *to justice* *for (their) crimes..."*

<u>Night 2 minute 60:40</u> of <u>ROSEMARY'S BABY the Mini-Series</u> :

(71)     **Roman Castevet :** I'm afraid not... Ah, so young, ... *It's good that*
                    *someone is pursuing justice for these lost*
                    *women — even after all this time.*

          ...

Police Commissioner: I will find an *ENDING* to their story.

(72)       **Roman Castevet:** I admire your tenacity.


(73)  <u>**Three women**</u>

**Near the end of the FILM, we see photos of** three deceased women — **two of them brown-skinned, one of them white and blond** — posted on the wall in the Paris Police Commissioner's office.

In yet another scene near the end of  ROSEMARY'S BABY the Mini Series, ***<u>we see three more photos of</u>*** three<u>_women</u> **(again,** two **of the women are** brown-skinned; one **of them is** *again* **white and** blond**)** under a newspaper heading that reads ***"Trois Crimes Barbares"*** ("Three Barbarous Crimes") .

            (**Rosemary** (showing a photo to **Father Tekin) :**

                This is Jacques and **Nina.** <u>***She***</u> <u>***died three months ago.***</u>

**("ROSEMARY'S BABY" the Mini-Serie was shown on NBC in** <u>May</u> **of 2014.** ***<u>Three months before that</u>*** **was** <u>***February, 2014***</u> ***— or the same month*** *that the* *PLAINTIFF **worked on the FILM** set for five days as an  extra.)*

<u>**Night 2 minute 60:40** of</u> ROSEMARY'S BABY the Mini-Series :

            **Police Commissioner : Please, look again. *This one was found just*** ***six years*** *ago (2008)*

      **Roman Castevet :** I'm afraid not... Ah, so young. ... It's good that someone is *pursuing justice* for these lost women — *even after all this time.*

      ...

            **Police Commissioner:** I will find an *ENDING* to their story.

**Roman Castevet:** *I admire your tenacity.*

...

**ROMAN Castevet:** Never be afraid to take what yours, my friend.

<u>Night 1, minute 58:35 to 58:37</u> of "ROSEMARY' BABY the Mini-Series:

**(WHAT IS WRITTEN ON THE TYPED PAGE THAT ROSEMARY IS HOLDING IN THIS FRAME ??? (See DVD, because on streaming versions of ROSEMARY'S BABY the Mini-Series editing has been done.)**

<u>The Murders or "3 Crimes Barbares"</u> ("3 Barbarous Crimes";

<u>Page 5, paragraph 3</u> of The FICTIONALIZED STORY :

Settling back into her seat, Andrea says, changing the subject, "There was a pretty black woman with the most familiar face at church today, visiting for the first time I could have sworn I had met her somewhere before."

(Jerri) : **"Did you talk to her?"**

"I had planned to, but by the time I had ushered my father away from his friends over to where she had been standing alone, and looking a bit lost, come to think of it, she had disappeared.

...

"It works out for everybody this way she (Andréa) surmises, chuckling. "Dad comes back to France and his roots to die; Mom decides that France has never been her home an stays in the Cape; neither my husband's night club nor his waitresses can thrive without him, and I have to be here to take care of Dad. So who needs  a divorce with so much space?"

**They giggle and pause for a moment in front of of a news stand,** scanning the headlines and magazine covers. **Jerri picks up a newspaper, buys it and** Andréa **glances sideways at her an asks "Still looking for new leads to pick up their trail again?"**

"Don't you think about him sometimes, Andréa?" **Jerri** asks, staring into space, adding, **"Don't you ever wonder what happened to him?"**

"Of course I do, Sweetie, **" she says, touching her friend's face, "but you can't devote your whole life searching for him.**

———————

**Police Commissioner**: Please, look again. This one was found just six years ago.     **(2014 minus 6 = 2008)**

**Roman Castevet:** I'm afraid not... Ah, so young. ... **It's good that someone is pursuing justice for** these lost women — **even after all this time.**

**Near the end of the FILM, in a stunning frame within a scene in his office,** the Paris Police Commissioner shows Rosemary **a folder with a newspaper article in it. We see three photos; one is of a** young brown-skinned woman, **another of** an older woman with light-brown skin (who astonishingly resembles the PLAINTIFF), **and the third** one of a blond woman — **all under a newspaper heading that reads :** *3 Crimes Barbares* (3 Barbarous Crimes).

In another shocking frame near the end of the ROSEMARY'S BABY the Mini-Series, we see three **more separate photos of** three women — **two of them black** and one blond: all three, thus, **inspired by the** PLAINTIFF's **three investigating women characters — Jerri Miles, Andrea Durand and Tracey Prior.** Again, **one photo is of a** young, smiling black woman; **the other photo of** her shows **her lifeless body. The face of the deceased lighter-skinned older black woman, who close-**

ly resembles the PLAINTIFF, is badly swollen and bruised. Again we see a photo of a smiling blond woman. We do not see a photo of the blond woman when she is deceased, **although the newspaper heading reads "3 Barbarous Crimes".** It seems to have been out of the question for HOLLAND to show a photo of the dead blond woman.

———————————————————————————————————

**The Paris Police Commissioner** (to Roman Castevet) :  **I will find an** _ENDING_  **to their story.**

**So that was it: DEFENDANTS were waiting for the PLAINTIFF to divulge her "ending"** to The Groaning Road The FICTIONALIZED STORY .

**Therefore, when the PLAINTIFF did not divulge her "ending" to "The Groaning** Road The FICTIONALIZED STORY, the DEFENDANTS themselves could evidently only imagine blood and gore as an "ending" after adapting BOTH OF the PLAINTIFF's SHORT STORIES to ROSEMARY'S BABY the Mini-Series. However, HOLLAND actually congratulated the PLAINTIFF for her **"subtlety" in her e-mail of July 11, 2012.** (See HOLLAND's e-mails to the PLAINTIFF.)

**Guy Woodhouse:** I speak like a writer and I think like a wrier but

**I just can't actually write ...(he pauses)... _my____ own words_.**

———————————————————————————————

**In Conclusion :**

**The PLANTIFF would like to know where in Ira Levin's _Rosemary's Baby_ or in _Son of Rosemary_** do we see the development of characters resembling so closely the characters of the PLAINTIFF, **or the development of the above scenes** with **two**

**women best friends** who so closely resemble the PLAINTIFF's characters physically as well as in **dialogue and actions.**

**The PLAINTIFF would like to know how** the PLAINTIFF's passages describing her character **"Professor Stern"** — and describing **"Professor Stern's"** interaction **with, and his thoughts about, "Jerri Miles"** — ended up in ROSEMARY'S BABY the Mini-Series in scenes and dialogue revealing the FILM's character **the Paris Police Commissioner's interaction with "Rosemary Woodhouse".**

**Nowhere do we find these characters in Ira Levin's novels "Rosemary's Baby" and "Son of Rosemary".** But if ROSEMARY's BABY the Mini-series was in part inspired by Ira levin's novels said novels, then ROSEMARY'S BABY The Mini-Series would certainly have also been inspired by the PLAINTIFF's "The Groaning Road the TRUE STORY" and "The Groaning Road The FICTIONALIZED STORY.

In the above scenes and throughout the FILM, the PLAINTIFF's character **"Professor Stern" inspired the addition of "the Paris Police Commissioner"** to ROSEMARY'S BABY the Mini-Series. The PLAINTIFF's **storyline involving "Professor Stern" was adapted to the storyline, to the dialogue and to several scenes** in ROSEMARY'S BABY the Mini-series.

**The ADDITION of the character "Julie"** to ROSEMARY'S BABY the Mini-series, **(as well as the scenes that "Julie" and other characters in the FILM appear in),** **the** dialogue **"Julie"** speaks, including *verbatim* dialogue **to dialogue** spoken by **"Andréa"** in PLAINTIFF'S "The Groaning Road The FICTIONALIZED STORY, **would be obvious to anyone who has seen ROSEMARY'S BABY the Mini-Series,** **and who has read "The Groaning Road the FICTIONALIZED STORY".**

From the beginning to the end of the FILM **we hear *dialogue, dates, story lines and timelines*** that are described in *BOTH* OF PLAINTIFF's SHORT STORIES, the "Groaning Road The TRUE STORY" and "The Groaning Road The FICTIONALIZED STORY, which were e-mail to the film's director, HOLLAND and enthusiastically critiqued by HOLLAND in an e-mail addressed to the PLAINTIFF.

In ROSEMARY's BABY the Mini-Series, **the character "Guy Woodhouse" now exercises both of the PLAINTIFF's professions — professor of English at a university in Paris and writer.** In addition , Guy Woodhouse also exercises the profession of the PLAINTIFF's character **"Jerri Miles", who is a university professor in Paris.**

The PLAINTIFF's **descriptions of setting, dates, timeline, storyline, scenes, character development and dialogue inspired the setting, dates, timeline, story-**

line, scenes, character development and dialogue of ROSEMARY's BABY the Mini-Series.

In addition to "Julie", the new "Rosemary Woodhouse" and "The Paris Police Commissioner are based on the PLAINTIFF's investigating characters "Jerri Miles", "Tracey Pryor", "Andréa Durand" and "Professor Stern".

The PLAINTIFF's character African-American "Jerri" *confides in her blond, teasing best-friend "Andréa Durand" and in "Professor Stern",* who has been trying to solve Nazi crimes for years. **Jerri and Andrea** have been friends for years, but haven't seen each other for a while; for they have been living in different cities. Andréa likes to flirt and drink.

**The FILM's** African-American *"Rosemary Woodhouse" confides in her blond, teasing best-friend "Julie" and in the Paris Police Commissioner,* who, like PLAINTIFF's character Professor Stern, **has been trying to solve myste-rious deaths and disappearances for decades. And** like Jerri and Andréa, "Rose mary" and "Julie" have also been friends for years, but haven't seen each for a while; for, like Jerri and Andréa, they *also* have been living in different cities. The FILM's character "Julie" like the PLAINTIFF's character "Andréa", likes to tease, flirt and drink.

———————————————————————————————————————

**The PLAINTIFF's** characters "Jerri" and "Andréa" are described walking in Paris arm-in-arm. The FILM's "Rosemary" and "Julie" are often seen in scenes walking around Paris arm-in-arm .

———————————————————————————————————————

With her best friend "Andréa", PLAINTIFF's character "Jerri" shares her obsession and fears about the disappearance twenty years earlier of their friend. Jerri also shares her her suspicions concerning that disappearance with "Professor Stern", as well as those concerning her meeting a **"strange Nazi couple"** in the apartment where that disappea-rance took place. For "Professor Stern" is **an investigator into unsolved crimes and Nazis** *"gone into hiding"* — *some of them in Paris.*

With her best friend "Julie" the FILM's character "Rosemary" shares her obsession and fears about the disappearance of a **"strange couple" from the apartment where she and Guy now live. Rosemary also shares her suspicions concerning those di-sappearances with "The Paris Police Commissioner", who is an investigator of unsolved crimes and** *disappearances* **in Paris.**

———————————————————————————————-

In the FICTIONALIZED STORY, **affectionate and teasing** "Andréa" **tries with humor to calm** "Jerri's" **fears and obsession** concerning a disappearance.

In ROSEMARY'S BABY the Mini-Series, affectionate and **teasing** "Julie" **tries with humor to calm "Rosemary" fears and obsession** concerning a disappearance.

———————————————————————————————

In the FICTIONALIZED STORY, **Professor Stern at first appears reluctant to help** Jerri **with her investigation**. "

In ROSEMARY'S BABY, **the Paris Police Commissioner at first appears reluctant to help** Rosemary **with her investigation.**

———————————————————————————————-

In *The FICTIONALIZED STORY* Professor Stern **finally admits that** Jerri's story *corroborates* **leads that he has documented in his life's work on similar unsolved crimes.   However,** Professor Stern *cautions* Jerri: ***"This may be 2008, but this is not America,"*** "in a blunt conversation about how she should be more

*discreet about sharing her her opinions".*

In the FILM, **the Paris Police Commissioner** *also* **finally admits to** "Rosemary" **that her suspicions corroborate similar unsolved cases of disappearances in Paris that have taken place "for the last thirty years".**   *The Paris Police Commissioner tells* Rosemary, ***"This is no purse snatcher."*** *And he cautions Rosemary, "Be careful where you place your trust* .

**Page 7, line 12** of "The Groaning Road The FICTIONALIZED STORY:

**(Andréa says to Jerri)**

**"... You promised to stop torturing yourself with your Nazi manhunt,** remember?"

Night 1, minute 64:44 of "ROSEMARY'S BABY the Mini-Series :

**The Paris Police Commissioner says to "Rosemary :**

Rosemary, **you need to let this go** and let the police
do their job. ...Be careful where you place your trust.

**We hear the the name** "Nina" spoken in dialogue in several scenes in the ROSEMA-
RY'S BABY The Mini-Series.   **"Nina"** is  the character in the FILM whom we see falling
from a window after screaming, **"You betrayed me!"**
**The name** "Nina" **reminds of  the PLAINTIFF's name** "Mina".

**Night 1, minute 58:35 to 58:37** of ROSEMARY'S BABY the Mini-Series :

**Father Tekin** :     You don't believe me. *Nina* didn't
believe me either, and look what
happened to her !"

**P. 1, paragraph 1, line 7** of "The Groaning Road The FICTIONALIZED STORY" :

Getting romantically involved with a French man
had never been on her agenda **(Tracey's)** of things
to do **during this trip that she'd been planning
since the age of ten ...**

**Near the end of Night 2** of  **ROSEMARY'S BABY the Mini-Series :**

**Rosemary is shown reminiscing in a flash-back scene where we see a little
black girl about the age of 10, looking sad and wistful even as she swings
and plays in the grass and contemplates the sky with a friend, a little boy
about the same age).  The camera then cuts to an older, adolescent black girl
dressed in in a tutu and ballerina shoes. She looks    into the mirror and kis-
ses her reflection, like a girl longing to be loved.**

**Night 1, minute 6:30** of ROSEMARY'S BABY the Mini-Series :

**Rosemary to Julie: I've always dreamed of coming to Paris.**

———————————————————————————————————

Working Titles:

## DROWING PARIS IN MISSISSIPPI TEARS

### OR

### THE GROANING ROAD

The True Story

We'll call him G.

Often during our evening walks through one Paris neighborhood after another, he would stop to inspect a pile of waste and discarded household items waiting on the sidewalk for the garbage collectors and curious treasure hunters like him. *Have you no shame?*, I wanted to ask but didn't really have to; he would smile sheepishly as if reading my thoughts and continue digging. Most of our friends found it strange that an intelligent, talented, cultivated black man, comfortably retired in a foreign country, would routinely dig through people's garbage. None of us imagined that this eccentric curiosity would cause him to disappear into the night so soon after landing in the City of Light.

My shamed dismay would sometimes be replaced by a twinge of jealously as he pulled valuable objects from these leaning heaps of germ infested rubbish. At those times I wished I'd dug in first and beaten him to them: beautifully framed paintings, carved ivory statues, porcelain, silver... Soon it dawned on me that it was mostly he who chose the itinerary of our walks and always on specific days of the week. Rich people – or their children in a hurry to inherit – often threw out the most extraordinary things; you just had to know the route to take and on which day to take it.

Everything about him intrigued me – his generosity with companionship and his stinginess with money, his cheerful outlook and resigned acceptance of human nature, his often painful, often pleasant Texas stories that matched the ones I remembered about Mississippi, his artistic nature and civil servant career, his homosexuality that he never mentioned once, though every delicate movement of his six-feet, five-inch frame exuded it. I smiled, deeply flattered, the day he pointedly studied my walk, squared his shoulders and imitated it, looking me in the eye for approval as we swayed along. More than once I'd make a Freudian slip and chatter on, saying, "Girl, this" and "Girl, that", causing both of us to pause and glance at the other inquisitively for just a second.

Thus, after visiting a museum all afternoon pointing out what we liked or what we thought a child could improve on, or sharing a southern style meal at my apartment, attending a jazz concert at Chatelet or Saint-Germain des Prés, where we were regulars among the extended family who basked in the music. At least three nights a week blended harmoniously into the scene like integral parts of melodious, pulsating art installation.

"Here come the odd couple," announced George Brown, another ex-patriot and the best drummer in all of Europe, always happy to see us. "And one of y'all is real odd all by himself," he continued, never missing an opportunity to tease G. about being gay. They both grinned widely at each other. Gay men had shaped the music at the church George had grown up in Flint and at sixteen he was playing for Motown. "I was on fire, y'all"! Anyone who'd heard him play knew he didn't need to feign modesty. Billy Holiday and Wes Montgomery had found out and introduced him the world. That G. happened to be gay and had brought part of his musical heritage across the ocean to Paris was all he needed to know to bond with him.

"And where would you find the slightest inspiration without us?" I wanted to know.

We all loved these pretend-fights. George and I knew that I wanted him to dump all of his Parisian groupies and just be in love with me, but that that wasn't going to happen anytime soon, and that I wasn't going to give in to his shyly cautious invitations until it did. So the flirting just went round and round as each one surveyed the degree of the other's seriousness from the corner of a furtive eye. The fact that I came from Mississippi as his mother had was just about all he needed to know about me to keep trying though. But neither one of us tried hard enough to build a lasting relationship, for our scarred pasts prevented both of us from making a serious commitment.

G. and I scheduled two or three of these magical nights on the town every week according to what group was going to be playing at the clubs and suffered through the smoke-filled air of Paris' nightclub scene of the 80's, thinking of them as defiled temples where we experienced over and over the genius and downright craziness of a tight-knit musical family in exile. The music, the warmth and laughter of the afterhours made it all worthwhile.

Thus, even though I often knew I would be embarrassed down to the curb before the evening was over as he filtered through somebody's trash I gladly accepted every one of G.'s invitations to go for a walk afterwards on a route he already knew.

He didn't speak French and didn't seem to have any plans to learn it; so inside our friendship, my lesser role seemed to be that of a handy conversationalist and disciple of his self-assured opinions, like those on the objectives of the Christian church, of which our side of the two segregated versions back home had been the only one familiar to either of us.