UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILHELMINA "MINA" MONTGOMERY,<br><br>               Plaintiff,<br><br>      v.<br><br>AGNIESZKA HOLLAND, NBC TELEVISION, LIONSGATE ENTERTAINMENT CORPORATION, SCOTT ABBOTT, JAMES WONG, DAVID A. STERN, ROBERT BERNACCHI, ALIXANDRE WITLIN, TIME-WARNER, INC., JOSHUA D. MAURER, CICELY SALDANA, MARIEL SALDANA, ZOE SALDANA, TOM PATRICIA, CINESTAR PICTURES, FEDERATION ENTERTAINMENT, NETFLIX ENTERTAINMENT COMPANY, LIAISON FILMS, CITY ENTERTAINMENT, KIPPSTER ENTERTAINMENT,<br><br>               Defendants, | Case No. 17-cv-03489-VSB<br><br>ECF Case<br><br>**NOTICE OF MOTION OF DEFENDANTS LIONS GATE ENTERTAINMENT CORP., NETFLIX, INC., NBCUNIVERSAL MEDIA, LLC, ROBERT BERNACCHI, CITY ENTERTAINMENT, MARIEL SALDANA, SCOTT ABBOTT, JAMES WONG, ZOE SALDANA, KIPPSTER ENTERTAINMENT LLC, JOSHUA D. MAURER AND ALIXANDRE WITLIN FOR JUDGMENT ON THE PLEADINGS DISMISSING THE AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(c)** |

PLEASE TAKE NOTICE that, upon the Answer filed and served on March 6, 2018 and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Vernon S. Broderick, in Room 518 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting the motion of defendants Lions Gate Entertainment Corp., Netflix, Inc., NBCUniversal Media, LLC, Robert Bernacchi, City Entertainment, Mariel Saldana, Scott Abbott, James Wong, Zoe Saldana, KippSter Entertainment LLC, Joshua D. Maurer and Alixandre Witlin, (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 12(c), for a judgment on the pleadings dismissing, with

prejudice, the Amended Complaint filed by plaintiff Wilhelmina Montgomery ("Plaintiff"), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff's papers in opposition, if any, must be filed and served on or before April 9, 2018, and Defendants' papers in reply, if any, must be filed and served on or before April 16, 2018 in the event Plaintiff's opposition is served under FRCP 5(b)(2)(A), (B) or (E), including by ECF, or on or before April 19, 2018 in the event Plaintiff's opposition is served by mail or pursuant to FRCP 5(b)(2)(C), (D) or (F) and 6(d).

Dated: New York, New York
       March 22, 2018

PRYOR CASHMAN LLP

By: *s/ Tom J. Ferber*
    Tom J. Ferber
    Ross M. Bagley
    7 Times Square
    New York, New York 10036
    (212) 421-4100
    *Counsel for Defendants*

TO:   By ECF and US Mail

      Wilhelmina Montgomery
      c/o Deborah McIntyre
      225 Sterling Place, Apt 6R
      Brooklyn, NY 11238
      *Pro Se Plaintiff*